Exhibit Aii

Department of Labor and Industries
Industrial Insurance

Information for Employers

CRUA1 - Employer Liability Certificate

Back to prompt screen

Department of Labor & Industries
Employer Liability Certificate
Date: 6/9/2003

| | | |
|---|---|---|
| UBI Number | : | 602 172 501 |
| Legal Business Name | : | NSR MANAGEMENT INC |
| Firm Account Number | : | 587,450-04 (Click to Review Rate History) |
| DBA Name | : | NSR MANAGEMENT INC |
| Quarterly Premium Reports Received Through | : | Quarter 1 of Year 2003 |
| Employer Industrial Insurance Status | : | Account is Current |
| Team Number | : | T9 |

The status of this firm's industrial insurance account with Labor and Industries is shown above. Please note, firms report and pay industrial insurance premiums on a calendar-quarter basis after the work has been performed. In addition, the law does not allow any release from liability for premiums found later to be due for prior or future periods. Workers' compensation accounts in the state fund have no policy period, cancellation date or limitations of coverage. See RCW 51.12.050, RCW 51.12.070, and RCW 51.16.190.

**RCW 51.12.70**
**WORK DONE BY CONTRACT**
**Please be aware that under state law you may be liable for the unpaid premiums of your contractor or subcontractor.**

Find Contractor Registration Information for this UBI

Back to prompt screen

# Billing Process & Check Distribution

All employee hours will be manually recorded on an individual time sheet which will be completed by the employee on a weekly basis to conclude on Sunday.

- Hours recorded on an individual timesheet by employee
- Hours to be reviewed ad signed off by U-Haul Supervisor
- Copies of timecard to be distributed as follows:
  - 1 copy to U-Haul Supervisor for their records
  - 1 copy to employee
  - 1 copy to NSR Office for processing and payment

Timecards are due in the NSR office no later than the following Monday at 3:00 P.M. of the week in which the employee worked.

Paychecks are processed on the following Thursday of the week in which the employee worked.

We offer the following methods of check distribution:

- Direct Deposit
- Check Pick in our office Thursdays after 1:30 P.M.
- On Site check Delivery where possible to client job site
- US Bancorp Debit Card (for those without bank accounts)

U-Haul will be billed on a weekly paper invoice. Invoices will be forwarded directly to U-Haul billing department. Invoices can be customized to meet customer's needs. Our terms on services are Net 15 from receipt of invoice.

# Standard Operating Hours & Contact Information

Northwest Staffing Resources (NSR) is open the following business hours

Monday through Friday
7:30 A.M. til 5:00 P.M.

425.251.6651 Office phone
425.251.6839 Office Fax

After Hour Contact Information

**Victoria Sadoff**
Account Manager
425.890.3631 Cell Phone

**Denise Caldwell**
Branch Manager
425.890.3630 Cell Phone

## Safety Policies - Philosophies and Procedures

**Modified Duty Work policy**

If an employee sustains an on-the-job injury and the doctor determines that the employee is able to perform modified work, NSR will attempt to provide the employee with such a job until they are able to resume their regular duties, except where provided as an accommodation for a disability. If an employee is offered a modified position that has been medically approved, failure to report at the designated time and place may effect time loss compensation.

**Modified Duty** - Even while working modified duty an injured employee is expected to follow all the employment rules of NSR and our client's. The employee is expected to comply with promptness, appearance, attendance, attitude, and company rule guidelines discussed earlier in this orientation.

**Drug Test** - If you are involved in a job-related accident resulting in physical injury (to yourself or others) you will be required to submit to testing to determine the presence of use or any involvement with alcohol or drugs.

**Workers' Compensation Policy and Reporting On-The-Job Injuries**

NSR and its subsidiaries carry workers' compensation insurance for work related illness or injury. If you are injured on the job you may qualify for medical and other related benefits pursuant to state law. The following policy has been established by us in an effort to assure that all employees who sustain a personal injury arising out of the course of their employment with us receive prompt, effective treatment and efficient processing of their workers' compensation claim.

We are dedicated to taking care of our employees who have been legitimately injured on-the-job. *However, we have vast experience with fraudulent workers' compensation claims and we will fight fraudulent claims with every resource we have.*

Report all injuries to you local NSR branch office <u>immediately</u>, even if you do not believe that it will require medical treatment. Otherwise benefits may be denied which could have been compensated.

Transportation will be provided to you to a local medical facility if necessary by a NSR staff member. If you have been injured, you are <u>not</u> to drive yourself.

All accidents/incidents will be thoroughly investigated to determine cause and validity of claim and to prevent further occurrences.

10937833.tif - 7/5/2007 10:18:28 AM

Safety Policies – continued

An injured employee will need to obtain a physician's work release for regular, light, restricted or no duty work and deliver to our NSR office immediately following the appointment with the physician and no later than 24 hours.

If the treating physician determines that the employee can be assigned to light duty, and if we determine that a light duty position is available which conforms to the physician's recommendations, and the skills of the employee, the position will be offered to the employee, at our option.

Employees who are temporarily unable to work due to injury shall report their status to us immediately after each physician's visit.

Failure to comply with the procedures outlined could interfere with the processing of your claim and or your right to return to work at our company.

A post accident drug screen will always be required.

Safety is our Number ONE Concern at Northwest Staffing Resources, so we firmly believe that education is at the forefront of a successful safety program. Below is a list of the contributing factors that go into our success:

Regular job site safety audits

Safety Orientations with ALL applicants, to include videos, evaluations and literature

Monthly Safety Newsletters to educate our employees

Intensive safety program

Comprehensive Workers compensation program

# BACKGROUND, AWARDS &COMMUNITY INVOLVEMENT

## BACKGROUND AND HISTORY

For over 18 years, *Northwest Staffing Resources* and its California affiliate, *Resource Staffing Group*, has had one goal in mind: to provide our clients with the most comprehensive staffing services available on the West Coast. Over the years, we have recognized the growing need for broad-based representation in all staffing areas. As the Human Resource environment around us continues to change, we will aggressively seek out new opportunities to assist you as we *put the human back into resources.*

## AWARDS AND COMMUNITY INVOLVEMENT

- NSR ranked #60 on the list of the 500 fastest growing companies by *Inc.* Magazine
- NSR ranked in the Top 100 Best Companies to Work For in Oregon
- Top Ten Growth Awards—Certificate of Merit for Outstanding Growth in the Business Community, presented by the Portland Business Alliance
- Over the past 10 years, NSR has consistently ranked in the top 20 for largest staffing firms in both the Seattle/Bellevue, Portland/Vancouver and Boise markets
- Member of the Portland Chapter of Executive Women International
- Member of the Oregon, Washington, Idaho and California Staffing Services Associations
- NSR supports the following organizations:
  PIVOT, National Multiple Sclerosis Society, American Cancer Society, ALS Foundation, CASA, Oregon Food Bank, Washington Diabetes Association, Muscular Dystrophy Association and various homeless shelters throughout the different states' communities.

# FULL SERVICE STAFFING FIRM

*Northwest Staffing Resources* is a full service company that specializes in the following disciplines for temporary, temporary-to-hire, and direct hire placements:

***Office/Administrative Support***
Receptionists/Switchboard
Administrative Assistants
Executive Assistants
Word Processors
Data Entry Operators
HR Assistants

***Call Center Operations***
Telemarketers
Customer Service
Help Desk
Credit & Collections

***Light Industrial***
Warehouse/General Laborers
Shipping/Receiving
Assembly
Production/Manufacturing
Bindery
Food Processing/Distribution

***Special Projects***
Promotions
Convention Staff
Retail/Warehouse Sales

***Accounting/Finance***
Accountants
Controllers
Bookkeepers
Credit & Collections
Financial Analysts
Payroll & Accounting Clerks
Tax Preparation

***Medical Office Support***
Patient Scheduling & Admitting
Records Management
Reception/Switchboard
Medical Coding & Billing
Claims Processing
Transcription

**SPECIALTY DIVISION**

***Legal Northwest***
Attorneys
Paralegals
Legal Secretaries
Litigation Support Clerks
Receptionists
Records Management
Copiers/Messengers

JUL-05-2007(THU) 10:18 REGAL, INC. (FAX)310 873 0980 P.059/060

# Vendor Disclosure Statement

10937833.tif - 7/5/2007 10:18:28 AM

## Vendor Disclosure Statement

Our business structure is as follows:

**Dulcich Staffing**

- Northwest Staffing Resources (NSR)
- Northwest Staffing Group (NSG)
- NSR Management, Inc. (NSM)
- Resource Staffing Group, Inc. (RSG)
- MRSNSR, Inc. (MSR)
- Legal Northwest
- Attorney Staffing Group

JUL-05-2007(THU) 10:28 LEGAL INC P. 003/060

Resource Staffing Group. We specialize in legal, dental and general staffing. Provide Den... Page 1 of 1

RESOURCE
STAFFING
GROUP
about us
client services
legal • dental
opportunities
apply online
Connecting Businesses & People
with Opportunities for 28 years
Full Service Staff
Company with Sp
divisions in both
Dental and Legal
We place both te
and direct hire as
along with contin
education online
dental communit
Copyright 1998-2007, Resource Staffing Group. All rights reserved.

http://www.resourcestaff.com/

3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

NORTHWEST STAFFING RESOURCES

Questions? 888.300.8812

about us | client services | employee services | opportunities | apply online

*Connecting Businesses & People with Opportunities for 28 years*

**The highest level of quality service is our goal. We stand behind the people we provide our clients and seek to maintain the high standards of excellence we've built our reputation on.**

Oregon | Washington | California | Idaho

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

## about us

### History

Since its inception in early 1985, Northwest Staffing Resources (NSR) goal has been to provide our clients with the most comprehensive professional staffing services on the West Coast. We specialize in administrative, call center, legal, accounting, manufacturing, technical and light industrial positions. NSR specialty divisions include Legal Northwest, Northwest Direct and Resource Staffing Group. Legal Northwest is devoted to the recruitment and placement of temporary and full-time legal staff. Northwest Direct is our permanent/direct hire division that places all levels of candidates in all industries. Resource Staffing Group specializes in dental and legal staffing in the Sacramento area.

Philosophy
History
NSR Family of Com
Locations

Now more than ever, companies have to accommodate a changing world with changing needs. Northwest Staffing Resources is a company offering diverse staffing solutions for a variety of clients across five western states. All NSR branches share a commitment to growth, quality and forward thinking. As always, our only goal is to deliver the quality and professional service you expect.

As the human resource environment around us continues to change, we will aggressively seek out new opportunities to assist you.

Oregon Washington California

Copyright 1999-2006, Northwest Staffing Resources. All rights reserved.

JUL-05-2007(THU) 10:38 LEGAL INC P. 006/060

philosophy

Page 1 of 1

NORTHWEST
STAFFING
RESOURCES

## about us

### The Diamond Philosophy

Productivity
NORTHWEST
RESOURCES
Teamwork
Quality
Excellence

Consistently doing your best and always striving to do better.

Northwest Staffing Resources and Resource Staffing Group are a team of professionals de creating an environment that supports the success of our candidates and provides an excep of integrity and service to our clients. Through our vision of "Operational Excellence," we a accomplish our goals and focus on our core values of teamwork, productivity, quality and e

Oregon Washington California

Copyright 1998-2006, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/AboutUs/philosophy.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

## about us

### The Northwest Staffing Resources Family of Companies

Northwest Staffing Resources has several offices located within the Portland area, two in the Seattle area, one in Boise, Idaho, and two under our brand Resource Staffing Group in Sacramento, California. NSR strives to offer a full-service approach to staffing our specialty division, Legal Northwest. Legal Northwest, located in Portland, provides targeted staffing services to legal clients in the temporary, contract and permanent placement areas. Our growth plan is intended to position NSR as the leader of broad-based full service staffing for companies in the west.

Philosophy
History
NSR Family of Com
Locations

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

about us

## about us

### Locations

"The NSR Family of Companies" - Northwest Staffing Resources, Resource Staffing Group and Legal Northwest are represented by branch operations throughout Oregon, Washington, Idaho and California. With offices in these Western states, we are strategically positioned to assist local, regional and national client companies in their search for quality personnel.

**NORTHWEST STAFFING RESOURCES / NORTHWEST DIRECT**

**Corporate Headquarters**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 323-9190 Fax (503) 323-7379 email: corporate@nwstaffing.com

**Oregon**
**Beaverton**
10029 SW Nimbus, Suite 230, Beaverton, OR 97008
(503) 643-7574 Fax (503) 643-5974 email: beaverton@nwstaffing.com
**Clackamas**
10001 SE Sunnyside Rd. Suite 230, Clackamas, OR 97015
(503) 652-1222 Fax (503) 652-5849 email: clackamas@nwstaffing.com
**Lloyd Center**
830 NE Holladay, Suite 145, Portland, OR 97232
(503) 239-6090 Fax (503) 239-6585 email: lloydcenter@nwstaffing.com
**Downtown Portland**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 242-0611 Fax (503) 323-9137 email: portland@nwstaffing.com

**Washington**
**Bellevue**
50 116th Ave. Southeast, Suite 111, Bellevue, WA 98004
(425) 453-2310 Fax (425) 646-5113 email: bellevue@nwstaffing.com
**Kent**
18000 72nd Ave. South, Suite 162, Kent, WA 98032
(425) 251-6651 Fax (425) 251-6839 email: bellevue@nwstaffing.com
**Vancouver**
315 W Mill Plain Blvd., Suite 100, Vancouver, WA 98660
(360) 695-4900 Fax (360) 695-4901 email: vancouver@nwstaffing.com

**Idaho**
**Boise**
8620 W. Emerald, Suite 100, Boise ID 83704
(208) 321-2700 Fax (208) 321-2640 email: boise@nwstaffing.com

**LEGAL NORTHWEST**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 242-2514 Fax (503) 274-7895 email: info@legalnw.com

**Philosophy**
**History**
**NSR Family of Com**
**Locations**

JUL-05-2007(THU) 10:28 LEGAL INC (FAX) P. 009/060

locations

Page 2 of 2

RESOURCE STAFFING GROUP
Sacramento
3604 Fair Oaks Blvd., Suite 160, Sacramento, CA 95864
(916) 679-0430 Fax (916) 679-0442 email: work@resourcestaff.com

Roseville
1508 Eureka Road, Suite 240 Roseville, CA 95661
Phone 916-960-2668 Fax 916-960-2669 email: jobs@resourcestaff.com

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/AboutUs/locations.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

## client services

Northwest Staffing Resources and Resource Staffing Group strive to provide the finest quality temporary, contract, and full-time staffing services available in the market today. From the moment we first meet with a new client and throughout the growing relationship, we have but one goal in mind: to solve the staffing challenges facing our clients as the economic market and employment arena change around them.

Our approach to providing these solutions starts with the analysis of our client's need, whether it is short term, long term, temporary, or full time in nature. Ours is not a standardized approach to addressing staffing issues as we realize each client has different issues and needs. We *listen* to our clients concerns first, with the intent of offering customized solutions for their individual challenges.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

## client services

### Client Benefits & Services

**QUALITY CONTROL AND EMPLOYEE EVALUATION**
Northwest Staffing Resources is dedicated to providing only the highest quality candidates available. With that in mind, our staff maintains ongoing communication with our clients regarding the performance of any employee placed. On each new assignment we will call to confirm that the new employee arrived safely and is on the job and at the end of the first day to make sure your needs have been met. We monitor the ongoing performance of the employee through a series of quality check contacts scheduled at your convenience.

**TRAINING TIME & GUARANTEE**
If we do not have an employee with the skills that you require, Northwest Staffing Resources will pay for training time. The exact amount of paid training time will be determined by the length and complexity of the assignment. We recognize that it is not always possible to determine an employee's performance in the within the first four hours. Therefore, we guarantee our employees for a full eight hours. If for any reason, an employee's performance is not satisfactory, we will send a free replacement on the second day, in addition to not billing you for the first day.

**OUTSOURCED TESTING AND SCREENING**
Northwest Staffing Resources provides screening services to our clients who are doing their own hiring. These include the use of our Proveit testing, Insight Worldwide survey, credit, background and drug tests, and employment verifications. Ask your Account Executive for details.

**PAYROLL SERVICES**
Many companies like to utilize the talents of former or retired employees, current employee dependents, students, or in-house contract employees but prefer not to maintain them on their payroll. Often companies like to preview the work products and habits of potential full-time employees for a short time without committing them to full-time status. Northwest Staffing Resources offers payrolling services for these needs whereby we act as the employer during a given time by paying the employee weekly, paying all the compensation and unemployment taxes, as well as compensation insurance.

**CUSTOMIZED BILLING**
Northwest Staffing Resources utilizes industry specific software called TempWorks. TempWorks enables us to customize billing and invoicing for each customer. Invoices are only processed when a timecard has been approved by a supervisor.

**24-HOUR ON-CALL AVAILABILITY**
All Northwest Staffing Resources branches have 24-hour on-call availability. All of our customers' needs are responded to as quickly as possible.

**VENDOR ON PREMISE PROGRAM**
Northwest Staffing Resources will gladly customize a vendor on premise program to meet the needs of our customers. We have the ability to place an experienced staff member to act as a liaison between customers and Northwest Staffing Resources by managing the temporary staff.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

JUL-05-2007(THU) 10:29 LEGAL INC P. 012/060

about us

Page 2 of 2

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/ClientServices/benefits.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

client services

## Frequently Asked Questions

**1. What kinds of positions do you fill?**
We are a full-service company offering assistance to our clients in general clerical, information and word processing, IT, secretarial, customer service, light industrial, and assembly positions. Through our Legal Northwest division we also provide all levels of support and professional staff for the legal and corporate markets.

**2. Who would be my primary contact within your organization?**
The Account Executive assigned to the territory where your company is located would be the primary sales contact for your organization. However, our Staffing and Personnel Recruiter who interview and evaluate our temporary employees become your contact for placement purposes. Our branch management, sales and staffing group acts as a team in the effort to place the best employees available.

**3. What screening and evaluation processes are used?**
Prospective temporary employees complete a very thorough application process before being considered for hire. This process includes a battery of written and hands-on skill tests; our Prove It! evaluation program enables our branch staff to thoroughly assess candidates' word processing, data entry, accounting, programming and secretarial skills. The *Insight Worldwide Survey* tests an individual's propensity toward substance abuse, theft, violence, deception. We also verify previous job references (minimum of three). Only those applicants who have high-test scores, low Insight results, strong references and a pleasant, professional attitude, will be qualified to work for NSR/RSG.

**4. How about handling large projects?**
Absolutely! Every year we handle large conventions, inventory projects, and call center programs in Portland and Bellevue. In addition, we have managed major bank conversions in Oregon and Washington. Large projects are an important part of our business.

**5. Can you provide Vendor On-Site options?**
Yes. These options can take any form, from dropping off paychecks to a full-time on-site staff who manages all aspects of your temporary staffing, designed with your flexible needs in mind.

**6. Facilities Management? Payrolling?**
We will customize a plan to manage whatever aspect a client needs. Managing entire work functions within a client's location (facilities management) plays a key role in our growth strategy. Many companies like to utilize the talents of former or retired employees but cannot rehire them on their own payroll. Some companies prefer to do their own recruiting for special projects but do not wish to put these people on their own payroll. When payrolling employees, we cover all workers compensation and payroll taxes. Whatever the case, NSR/RSG can help!

**7. How do you handle short notice assignments?**
All branch offices have 24-hour answering services for evening and weekend needs. During office hours, our staff will contact the appropriate temporary employee and call

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

the client back within 15 minutes with a progress report.

**8. Where are your offices and divisions located?**
Throughout the West. We currently have offices located in Oregon, Washington, Idaho, Arizona and California. For specifics, see our list of branch and division locations.

**9. How much does it cost to use temporary employees?**
The billing rate is determined by the skills needed by the temporary to fulfill the specific requirements of the job order. A specific rate will be discussed upon concluding a review of your needs.

**10. How is that cost determined and what is included in the rate?**
In addition to the wages paid to the temporary employees, our billing rates include statutory employee taxes, workers' compensation, administrative expenses, and employee benefits.

**11. Is the employee's performance guaranteed?**
We guarantee your satisfaction. If you are not satisfied, you will not be charged. We guarantee our employees for a full eight hours and if for any reason an employee's performance is not satisfactory, we will send in a free replacement on the second day, in addition to not billing you for the first day.

**12. What benefits are provided to the temporary employee and who pays for these benefits?**
In order to attract the most qualified and skilled employees, we offer one of the most competitive benefits packages in the industry. This include excellent hourly pay rates, merit raises, holiday and vacation pay, 401(k) match retirement plan, referral bonuses, annual scholarships, and access to group medical plans.

Oregon Washington California

Copyright 1998-2006, Northwest Staffing Resources. All rights reserved.

## client services

### Screening Procedures

Prospective temporary employees complete a very thorough application process before being considered for hire. This process includes:

- Verification of identity and eligibility to work in the United States.
- The applicant reads and agrees to NSR Hiring Standards, which includes our Drug & Alcohol Policy and our Background & Credit Check Policy. At the clients request drug, background, and credit checks are completed.
- The applicant is given a battery of written and hands-on skill tests to ensure their level of competency as it relates to the position they seek. Our Provelti Testing program is a fully interactive, hands-on skill evaluation. The applicant's level of competency is rated as beginner, intermediate, or advanced.
- The applicant takes the Insight Worldwide Applicant Survey. This survey provides a background profile designed to determine an individual's propensity toward substance abuse, theft, violence, deception, dependability and workers compensation fraud. The survey consists of 70 questions, which when answered, will highlight any unacceptable behaviors.
- After the paperwork and testing are complete, the applicant interviews with a Recruiter for final determination of skill level, discussion of work history, explanation of pay system and job location preferences. Our policies, procedures, and NSR's high standards for all employees are reviewed. At this point, we will assess the candidate's attitude toward work, desire to fulfill their employment responsibilities, and commitment to our job performance standards.
- Applicants are shown a safety video and are tested on their comprehension. Our Return-to-Work program and hazardous materials handling are also discussed. NSR is very proactive in ensuring the safety of all temporary employees as well as permanent NSR employees.
- In the last step, the applicant is given the "NSR Handbook for Temporary Employees" with a receipt card that is signed by the new applicant and kept with the applicant file.
- Our branch staff then verifies three previous job references prior to final approval for using the new applicant.
- Only those applicants who have high test scores, low risk insight results, strong references, and a pleasant, professional attitude will be considered qualified to work for NSR.

All temporary employees leave our office understanding Northwest Staffing Resources' requirements regarding professionalism, commitment, flexibility, and confidentiality.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

JUL-05-2007(THU) 10:25 LEGAL, INC. (FAX) 10+873+0984 P. 016/060

about us

Page 2 of 2

Oregon Washington California

Copyright 1998-2006, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/ClientServices/screening.htm

3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

client services

Northwest Staffing Resources is a full service company that specializes in the following disciplines for temporary, temporary-to-hire, and direct hire placements:

| Office/Administrative Support | Accounting/Finance |
|---|---|
| Receptionists/Switchboard | Accountants |
| Administrative Assistants | Controllers |
| Executive Assistants | Bookkeepers |
| Word Processors | Credit & Collections |
| Data Entry Operators | Financial Analysts |
| HR Assistants | Payroll & Accounting Clerks |
| | Tax Preparation |
| | |
| Call Center Operations | Medical Office Support |
| Telemarketers | Patient Scheduling & Admitting |
| Customer Service | Records Management |
| Help Desk | Reception/Switchboard |
| Credit & Collections | Medical Coding & Billing |
| | Claims Processing |
| | Transcription |
| Light Industrial | |
| Warehouse/General Laborers | Specialty Division |
| Shipping/Receiving | |
| Assembly | *Legal Northwest* |
| Production/Manufacturing | Attorneys |
| Bindery | Paralegals |
| Food Processing/Distribution | Legal Secretaries |
| | Litigation Support Clerks |
| Special Projects | Receptionists |
| Banquet Servers/Bartenders | Records Management |
| Promotions | Copiers/Messengers |
| Convention Staff | |
| Retail/Warehouse Sales | |

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

client services

## Temporary-To-Hire & Direct Hire Programs

At Northwest Staffing Resources, we recognize that each hiring situation is unique. In response to that, we offer our customers a choice in the best hiring program for their specific staffing need. Outlined below is NSR's temporary-to-hire and direct hire program. We have the ability to develop a specific hiring plan for your company.

### Temporary-To-Hire Program

Northwest Staffing Resources offers generous temporary-to-hire program. We also offer a buy out option. Please contact your Account Executive for details.

### Direct Hire Program

Northwest Staffing Resources offers competitive pricing in our direct hire program. NSR's search agreement offers our clients no fees or obligations unless NSR provides a candidate that you hire. As a result of an NSR referral, if the candidate is hired, retained as a consultant or an independent contractor for any position with your company then NSR's placement fee applies. As the customer, you can determine which is the best solution for your hiring needs. Please contact your Account Executive for details.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**

JUL-05-2007(THU) SEGAL, INC. (FAX)310+873+8984 P.019/060

about us Page 2 of 2

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/ClientServices/hiringprograms.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

## employee services

Employee recruitment and selection are today's major challenges as our clients move into a new century. We at Northwest Staffing Resources and our affiliate Resource Staffing Group are dedicated to offering twenty-first century solutions to handle these crucial tasks. Our sole purpose and corporate mission is to provide the companies we represent and the employees we hire the most rewarding and mutually beneficial employment relationship possible in today's work environment.

From the moment a candidate enters the screening process and throughout the employment relationship, our staffing team works to develop a true partnership between our client, our temporary employee, and us.

"The Match" of skills, personality, commitment, and work ethic is number one in our mind as we select our employees to represent NSR in an on-site employment relationship with out client companies.

Please review the additional pages within this web site to experience the tools and methods we use to affect "The Match," through recruitment and retention of the business communities most valuable resource — its employees.

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

Oregon · Washington · California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

employee services

## Employee Benefits

Northwest Staffing Resources has always offered one of the most comprehensive benefits programs to our employees in the staffing industry. Our Excellent benefits packages increase commitment and longevity in our pool of temporary employees. The benefits offered to each of our employees are:

- Excellent hourly pay-rates
- Merit Raises
- Performance Bonus
- Six paid holidays per year after 1000 Hours
- One week of paid vacation after each 1000 hours of work
- 401(k) retirement plan (company matched) after 1000 hours
- Referral bonuses
- Free computer tutorials using the most recent software
- Exposure to full-time job Opportunities
- Scholarship Program (four student scholarships annually awarded to our employee to our temporary employees)
- Direct Deposit.
- Skill improvement opportunities
- Local weekly pay
- Medical, dental, and vision insurance plans available for all employees
- $50 dollar gift certificate for the TEMP OF THE MONTH
- $100 dollar gift certificate for the TEMP OF THE YEAR
- No fee, full service employment
- Over 11 branches in five states

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

JUL-05-2007(THU) 10:30 LEGAL, INC. (FAX)10+873+0984 P. 022/060

about us Page 2 of 2

Oregon Washington California

Copyright 1998-2008, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/EmployeeServices/benefits.htm 3/1/2007

10937836.tif - 7/5/2007 10:34:10 AM

NORTHWEST
STAFFING
RESOURCES

about us client services

employee services

## Frequently Asked Questions

**What about salary?**

You are paid on a weekly basis at an hourly rate determined by your experience, the skills required for the job , and the prevailing market conditions. Your Recruiter will inform you of your hourly pay rate at the time of the job assignment.

**Will I pay a fee?**

No! There is no charge to you of any kind for providing you with employment. We have never charged a fee to any of our employees.

**Where will I work?**

We try to assign you to the companies in your locality or easily accessible by public transportation...always considering your personal preference for hours and locations.

**How often will I work?**

That depends on three factors: how readily we can reach you when work is available; your flexibility; and your performance on job assignments.

**Must I accept every assignment?**

No. One of the advantages of being a temporary is the flexibility your work schedule to suit your convenience. When you accept an assignment, however, we depend on you to fulfill your commitment. Jobs vary from one to two days, a week or two or several months.

**How far in advance are assignments confirmed?**

We will give you as much notice as the clients give us, usually a day or more. Occasionally, clients may call us the same day that they need help, so we may ask you to go to work on short notice at such times

**Who pays for parking?**

Parking costs are your expense unless we inform you otherwise.

**Do we have jobs in other states?**

We now have branches in five states (Oregon, Washington, Idaho, California, and Arizona); if you are moving to one of these states that we currently have a branch, please let your Recruiter know as your personnel file can be transferred.

**What if I do not have a timecard?**

Call your Recruiter and a timecard will be mailed or faxed to you.

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

JUL-05-2007(THU) 10:39 LEGAL INC Case 3:07-cv-03848-CRB Document 1-4 Filed 07/26/2007 Page 32 of 58 P. 024/060

about us

Page 2 of 2

**What if I am offered a full-time job by the client while on assignment for NSR?**

Please contact your Recruiter immediately. Our standard policy states that you must first complete 80 working days on our payroll. This policy may be modified in contracts with certain clients.

**Thank you for joining the NSR family.**

Oregon Washington California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/EmployeeServices/FAQ.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

employee services

## Documents

Download your timecard.

Northwest Staffing Time Card

You need Adobe Acrobat Reader to open the time card. Click on the "Get Acrobat Reader" icon if you do not have it installed on your computer.

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

Oregon Washington California

Copyright 1998-2006, Northwest Staffing Resources. All rights reserved.

NORTHWEST STAFFING RESOURCES, INC.
RESOURCE STAFFING GROUP
NORTHWEST STAFFING GROUP
LEGAL NORTHWEST

NSR serves Oregon, Washington, Idaho, California, and Arizona.

**Call 1-888-300-8812**

for the number of a branch office near you.

## TO OUR CLIENTS:

1. PLEASE SIGN THE EMPLOYEE'S TIMECARD AND VERIFY THE HOURS IN WRITING.
2. RETAIN THE PINK COPY TO MATCH WITH THE INVOICE. YOU WILL BE INVOICED WEEKLY.
3. HOURS WORKED IN EXCESS OF 40 PER WEEK WILL BE BILLED AT TIME AND ONE HALF.
4. THERE IS A 4-HOUR MINIMUM PER EMPLOYEE PER DAY.*
5. SEE TERMS AND CONDITIONS BELOW.

WEEK ENDING (SUN) ___/___/___

| DAY | TIME IN | LUNCH TIME OUT | LUNCH TIME IN | TIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MON | | | | | |
| TUES | | | | | |
| WED | | | | | |
| THUR | | | | | |
| FRI | | | | | |
| SAT | | | | | |
| SUN | | | | | |
| RECORD TO NEAREST ¼ HOUR | TOTAL HOURS: | | | | |

CLIENT/COMPANY NAME

CLIENT ADDRESS

SUPERVISOR AUTHORIZATION

WRITE IN WORDS TOTAL HOURS WORKED

TO EMPLOYEE:
EMPLOYEE CERTIFIES NO ACCIDENT OR INJURY WAS SUSTAINED WHILE WORKING ON THE ASSIGNMENT, UNLESS SO NOTED BELOW

EMPLOYEE NAME – PLEASE PRINT

EMPLOYEE SIGNATURE

LAST 4 DIGITS OF SOC. SEC. NO.

☐ MAIL MY CHECK ☐ DIRECT DEPOSIT
☐ I WILL PICK UP CHECK AT:

1. USE BLACK INK.
2. USE A SEPARATE TIMECARD FOR EACH WEEK AND/OR EACH CLIENT.
3. AUTHORIZED REPRESENTATIVE OF CLIENT COMPANY MUST SIGN TIMECARD.
4. MAKE 3 COPIES OF SIGNED TIMECARD, LEAVE ONE COPY WITH CLIENT, MAIL ONE TO BRANCH, AND KEEP ONE AND FAX.
5. YOU MUST NOTIFY YOUR BRANCH OF YOUR AVAILABILITY TO WORK WITHIN TWO WORKING DAYS AFTER AN ASSIGNMENT ENDS. IF YOU DO NOT MAKE CONTACT, YOU ARE VOLUNTARILY UNAVAILABLE FOR WORK UNTIL YOU DO MAKE CONTACT.

BY EXECUTING THIS FORM EMPLOYEE CERTIFIES THAT FORM IS TRUE AND ACCURATE.

## TERMS AND CONDITIONS

You agree that the terms and conditions following shall apply to every transaction between us (Northwest Staffing Resources, Inc.) (NSR) and you (our client):

1. We do not provide insurance for our employees driving any vehicle. We do not provide insurance for any damage or loss to your property while in our employee's care, custody, or control.
2. You agree to be responsible for any liability or claims arising out of the operation of any vehicle by our employee while working for you.
3. You agree that you will not entrust our employees with unattended premises or any part thereof, handling of cash, negotiables, jewelry or other valuables without written permission from Northwest Staffing Resources, Inc., and then only when an employee's specific duties necessitate such activity. You agree that any claims made under our fidelity bond must be made by you in writing within ten days of the occurrence.
4. You agree that you will furnish a suitable place for our employees to work which shall comply with all laws and ordinances related to occupational health and safety and hazardous materials.
5. You agree that you will notify us of any changes in the duties of our employees from those originally described to us.
6. You agree that charges for temporary help are due upon receipt of invoice, and you agree to pay promptly the charges as evidenced by the timecard. A minimum of a $10.00 late fee or 1-1/2% of the amount of the invoice will be charged on all invoices not paid within 15 days of the date of invoice.
7. You may hire an NSR employee at no additional charge to you after the employee completes 80 working days (640 hours) on our payroll with your company. If you wish to hire an NSR employee for any position within Client Company, at any time during the first 80 working days, you agree to pay NSR 25% of the total remaining billing otherwise due through the agreed-upon 80 working days. You agree not to transfer the NSR employee to the payroll of any other company nor allow this person to work for you through any other staffing or contracting organization for 120 days after completion of this assignment through us without specific written authorization from NSR management.
8. You agree that we are entitled to our attorney fees together with all expenses (including collection agency fees) if it becomes necessary to hire an attorney or a collection agency to collect any sums due or to enforce any other provision of this agreement.

* The 4-hour minimum per employee per day does not apply under the following conditions: 1. Employee is terminated for cause. 2. The daily assignment will knowingly take less than 4 hours to accomplish. This agreement will be between the client, employee, and NSR before the acceptance of the assignment. 3. Long-term assignments.

**Fax Numbers:**

| | | | |
|---|---|---|---|
| Beaverton | 503-643-6974 | Lloyd Center | 503-239-6565 |
| Bellevue | 425-646-5113 | Phoenix | 602-383-3609 |
| Boise | 208-321-2040 | Portland | 503-323-9137 |
| Clackamas | 503-652-5549 | Roseville | 916-960-2869 |
| Kent | 425-251-5839 | Sacramento | 916-679-0442 |
| Legal Northwest | 503-274-7885 | Vancouver | 360-695-4901 |

Please fax to your branch on the last day of your work week. No cover sheet necessary.



client services

## Temporary-To-Hire & Direct Hire Programs

At Resource Staffing Group, we recognize that each hiring situation is unique. In response to that, we offer our customers a choice in the best hiring program for their specific staffing need. Outlined below is RSG's temporary-to-hire and direct hire program. We have the ability to develop a specific hiring plan for your company.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

### Temporary-To-Hire Program

Resource Staffing Group offers a generous temporary-to-hire program and with a contract buy-out option. Please contact your Account Executive for details.

### Direct Hire Program

Resource Staffing Group offers competitive pricing in our direct hire program. RSG's search agreement offers our clients no fees or obligations unless RSG provides a candidate that you hire. As a result of an RSG referral, if the candidate is hired, retained as a consultant or an independent contractor for any position with your company then RSG's placement fee applies. As the customer, you can determine which is the best solution for your hiring needs. Please contact your Account Executive for details.

### Dedicated Staffing/Employee Leasing:

Assists companies in lowering operating costs, allowing them to focus on increasing their revenues and production while insulating the owner and company from employee liabilities. RSG remains the employer of record providing all payroll, taxes, worker's compensation, and human resource functions. RSG offers these employees excellent benefit options like 125 Tax Saver Plans, 401K Retirement Program, Continuing Education Courses, Medical, Dental, Vision, Prescription and Life Insurance. Many additional benefits can be realized under this arrangement allowing companies to hire and retain highly skilled and sought after professional staff, while containing costs. Terms are ACH debit with a 100% replacement guarantee.

RESOURCE
STAFFING
GROUP

## about us

### History

Resource Staffing Group (RSG) goal has been to provide our clients with the most comprehensive professional staffing services available. We specialize in administrative, call center, legal, accounting, manufacturing, technical and light industrial positions. RSG specialty divisions include Dental and Legal.

Now more than ever, companies have to accommodate a changing world with changing needs. RSG is a company offering diverse staffing solutions for a variety of clients. All RSG branches share a commitment to growth, quality and forward thinking. As always, our only goal is to deliver the quality and professional service you expect.

As the Human Resource environment around us continues to change, we will aggressively seek out new opportunities to assist you.

**Philosophy**
**History**
**Locations**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

RESOURCE
STAFFING
GROUP
about us
client services
opportunities
apply online
The Diamond Philosophy
Productivity
Teamwork
Quality
Excellence
Philosophy
History
Locations

## about us

Consistently doing your best and always striving to do better.

Northwest Staffing Resources and Resource Staffing Group are a team of professionals dedicated to creating an environment that supports the success of our candidates and provides an exceptional level of integrity and service to our clients. Through our vision of "Operational Excellence," we are able to accomplish our goals and focus on our core values of teamwork, productivity, quality and excellence.

Copyright 1996-2007, Northwest Staffing Resources. All rights reserved.

JUL-05-2007 (THU) 10:30 LEGAL, INC. (FAX) 310+873+0984 P. 031/060

locations Page 1 of 2

RESOURCE
STAFFING
GROUP
about us
Locations
RESOURCE STAFFING GROUP
Sacramento
3504 Fair Oaks Blv
Sacramento, CA 9
Philosophy
History
Locations

3604 Fair Oaks Blvd. Suite 160 Sacramento, CA 95864
Phone (916) 679-0430 Fax (916) 679-0442 email: work@resourcestaff.com

Roseville

1508 Eureka Rd,
Roseville, CA 9566

1508 Eureka Road, Suite 240 Roseville, CA 95661
Phone 916-960-2868 Fax 916-960-2869 email: jobs@resourcestaff.com

http://www.resourcestaff.com/AboutUs/locations.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

JUL-05-2007(THU) 10:31 SEAL, DNS (FAX) 206+373+0984 P.032/060

locations Page 2 of 2

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

http://www.resourcestaff.com/AboutUs/locations.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

RESOURCE
STAFFING
GROUP

about us | client services | opportunities | apply online

## client services

Resource Staffing Group strives to provide the finest quality temporary, contract and full-time staffing services in the market today. From the moment we first meet with a new client and throughout the growing relationship, we have but one goal in mind: to solve the staffing challenges facing our clients as the economy and employment market continue to change.

Our approach to providing these solutions starts with the analysis of our client's need, whether it is short term, long term, temporary or full time in nature. Ours is not a standardized approach to addressing staffing issues as we realize each client has different issues and needs. We *listen* to our clients concerns first, with the intent of offering customized solutions for their individual challenges.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

RESOURCE
STAFFING
GROUP

client services

## Client Benefits & Services

**QUALITY CONTROL AND EMPLOYEE EVALUATION**
Resource Staffing Group is dedicated to providing only the highest quality candidates available. With that in mind, our staff maintains ongoing communication with our clients regarding the performance of any employee. On each new assignment we will call to confirm that the new employee arrived safely and is on the job and at the end of the first day to make sure your needs have been met. We monitor the ongoing performance of the employee through a series of quality checks scheduled at your convenience.

**TRAINING TIME & GUARANTEE**
If we do not have an employee with the skills that you require, Resource Staffing Group will pay for training time. The exact amount of paid training time will be determined by the length and complexity of the assignment. We recognize that it is not always possible to determine an employee's performance in the within the first four hours. Therefore, we guarantee our employees for a full eight hours. If for any reason, an employee's performance is not satisfactory, we will send a free replacement on the second day, in addition to not billing you for the first day.

**OUTSOURCED TESTING AND SCREENING**
Resource Staffing Group provides screening services clients doing their own hiring. These include Proveit testing, the Insight Worldwide survey, credit, background and drug tests, and employment verifications. Ask your Account Executive for details.

**PAYROLL SERVICES**
Many companies like to utilize the talents of former or retired employees, current employee dependents, students or in-house contract employees but prefer not to maintain them on their payroll. Often companies like to preview the work products and habits of potential full-time employees for a short time without committing them to full-time status. Resource Staffing Group offers payrolling services for these needs whereby we act as the employer during a given time by paying the employee weekly, paying all the compensation and unemployment taxes, as well as compensation insurance.

**CUSTOMIZED BILLING**
Resource Staffing Group utilizes industry specific software called TempWorks. TempWorks enables us to customize billing and invoicing for each customer. Invoices are only processed when a timecard has been approved by a supervisor.

**24-HOUR ON-CALL AVAILABILITY**
All Resource Staffing Group branches have 24-hour on-call availability. All of our customers' needs are responded to as quickly as possible.

**VENDOR ON PREMISE PROGRAM**
Resource Staffing Group will gladly customize a vendor on premise program to meet the needs of our customers. We have the ability to place an experienced staff member to act as a liaison between customers and Resource Staffing Group by managing the temporary staff.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.



client services

## Frequently Asked Questions

**What kinds of positions do you fill?**
We are a full-service company offering assistance to our clients in general clerical, information and word processing, IT, secretarial, customer service, light industrial, and assembly positions. We specialize in dental and legal placements.

**Who would be my primary contact within your organization?**
The Account Executive assigned to the territory where your company is located would be the primary sales contact for your organization. However, our Recruiter and Personnel Coordinator who interview and evaluate our temporary employees become your contact for placement purposes. Our branch management, sales and staffing group acts as a team in the effort to place the best employees available.

**What screening and evaluation processes are used?**
Prospective temporary employees complete a very thorough application process before being considered for hire. This process includes a battery of written and hands-on skill tests; our ProveIt evaluation program enables our staff to thoroughly assess candidates' skills in a variety of areas. The *Insight Worldwide Survey* tests an individual's propensity toward substance abuse, theft, violence, deception. We also verify previous job references (minimum of three). Only those applicants who have high-test scores, low Insight results, strong references and a pleasant, professional attitude, will be qualified to work for RSG.

**Can you provide Vendor On-Site options?**
Yes. These options can take any form, from dropping off paychecks to a full-time on-site staff member who manages all aspects of your temporary staffing, designed with your flexible needs in mind.

**Facilities Management? Payrolling?**
We will customize a plan to manage whatever aspect a client needs regarding facilities management and payrolling. Managing entire work functions within a client's location (i.e.: facilities management) plays a key role in our growth strategy. Many companies like to utilize the talents of former/retired employees or recruit for special projects on their own but do not wish to put these people on their payroll. Our payrolling services include covering all workers' compensation and payroll taxes. Whichever the case, RSG can help!

**How much does it cost to use temporary employees?**
The billing rate is determined by the skills needed by the temporary to fulfill the specific requirements of the job order. A specific rate will be discussed upon completing a review of your needs.

**How is that cost determined and what is included in the rate?**
In addition to the wages paid to the temporary employees, our billing rates include statutory employee taxes, workers' compensation, administrative expenses, and employee benefits.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

**Is the employee's performance guaranteed?**
We guarantee your satisfaction. If you are not satisfied, you will not be billed. We guarantee our employees for a full eight hours and if for any reason an employee's performance is not satisfactory, we will send in a free replacement on the second day, in addition to not billing you for the first day.

**What benefits are provided to the temporary employee?**
In order to attract the most qualified and skilled employees, we offer one of the most competitive benefits packages in the industry. This include excellent hourly pay rates, merit raises, holiday and vacation pay, 401(k) match retirement plan, referral bonuses, annual scholarships and access to group medical plans.

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

RESOURCE
STAFFING
GROUP

about us client services opportunities

## client services

### Full Service

Resource Staffing Group is a full service company that specializes in the following disciplines for temporary, temporary-to-hire and direct hire placements:

| **Legal** | **Dental** |
|---|---|
| Legal Secretaries | RDH |
| Paralegal | RDA |
| File Clerk | DA |
| Receptionist | Front Office |
| Attorney | DDS |
| | |
| **Office/Administrative Support** | **Accounting/Finance** |
| Receptionists/Switchboard | Accountants |
| Administrative Assistants | Controllers |
| Executive Assistants | Bookkeepers |
| Word Processors | Credit & Collections |
| Data Entry Operators | Financial Analysts |
| HR Assistants | Payroll & Accounting Clerks |
| | Tax Preparation |
| | |
| **Call Center Operations** | **Medical Office Support** |
| Telemarketers | Patient Scheduling & Admitting |
| Customer Service | Records Management |
| Help Desk | Reception/Switchboard |
| Credit & Collections | Medical Coding & Billing |
| | Claims Processing |
| | Transcription |
| **Light Industrial** | |
| Warehouse/General Laborers | |
| Shipping/Receiving | **Special Projects** |
| Assembly | Banquet Servers/Bartenders |
| Production/Manufacturing | Promotions |
| Bindery | Convention Staff |
| Food Processing/Distribution | Retail/Warehouse Sales |
| | |

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

client services

## Screening Procedures

Prospective temporary employees complete a very thorough application process before being considered for hire. This process includes:

• Verification of identity and eligibility to work in the United States.

• The applicant reads and agrees to RSG Hiring Standards, which includes our Drug & Alcohol Policy and our Background & Credit Check Policy. At the client's request drug, background, and credit checks are completed.

• The applicant is given a battery of written and hands-on skill tests to ensure their level of competency as it relates to the position they seek. Our ProveIt! Testing program is a fully interactive, hands-on skill evaluation. The applicant's level of competency is rated as beginner, intermediate or advanced.

• The applicant takes the Insight Worldwide Applicant Survey. This survey provides a background profile designed to determine an individual's propensity toward substance abuse, theft, violence, deception, dependability and workers compensation fraud. The survey consists of 70 questions, which when answered, will highlight any unacceptable behavior.

• After the paperwork and testing are complete, the applicant interviews with a recruiter for final determination of skill level, discussion of work history, explanation of pay system and job location preferences. Our policies, procedures and RSG's high standards for all employees are reviewed. At this point, we will assess the candidate's attitude toward work, desire to fulfill their employment responsibilities and commitment to our job performance standards.

• Applicants are shown a safety video and are tested on their comprehension. Our Return-to-Work program and hazardous materials handling are also discussed. RSG is very proactive in ensuring the safety of all temporary employees as well as permanent RSG employees.

• In the last step of our application process, the applicant is given the "RSG Handbook for Temporary Employees" with a receipt card that is signed by the new applicant and kept with the applicant file.

• Our branch staff then verifies three previous job references prior to final approval for placing the new applicant.

• Only those applicants with high test scores, low risk Insight results, strong references, and a pleasant, professional attitude will be considered qualified to work for RSG.

All temporary employees leave our office understanding Resource Staffing Group' requirements regarding professionalism, commitment, flexibility and confidentiality.

**Benefits & Service**
**FAQ**
**Screening Services**
**Full Service**
**Hiring Programs**
**Customer Web Port**

JUL-05-2007(THU) 10:33 LEGAL DEPT. Case 3:07-cv-03848-CRB Document 1-4 Filed 07/26/2007 Page 48 of 58 P.040/060

screening Page 2 of 2

Copyright 1995-2007, Northwest Staffing Resources. All rights reserved.

http://www.resourcestaff.com/ClientServices/screening.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

about us — client services — opportunities — apply online

## client services



### The Complete Solution

The WebCenter is a value added service for our clients. Clients can access real-time information, analyze and manage their project costs and contingent workforce.

### Customer Portal

PO - Track purchase order status by dollar amount or expiration dates

Invoices - Search past and recent invoices, view account receivable summaries and drill down for invoice details

History - Advanced search capabilities to view detailed order history

Timecards - Create timecards at the department level, approve or decline submitted timecards, and search and view stored timecard details

Reports - Download up-to-the minute reports

### Employee Portal

Assignments - View past, current and scheduled assignments

Payroll - View check history, year-to date information and detailed check details

Timecards - Submit timecards for approval and view status of authorization process; edit current timecards and view pas timecards

Benefits & Service
FAQ
Screening Services
Full Service
Hiring Programs
Customer Web Port

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

## employee services

Our sole purpose and corporate mission is to provide the companies we represent and the employees we hire the most rewarding and mutually beneficial employment relationship possible in today's work environment.

From the moment a candidate enters the screening process and throughout the employment relationship, our recruiting team works to develop a strong relationship with our client and our employee.

Matching skills, personality, commitment and work ethic is our focus as we select our employees to represent RSG.

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.



employee services

## Employee Benefits

Resource Staffing Group has always offered one of the most comprehensive benefits programs to our employees in the staffing industry. Our Excellent benefits packages increase commitment and longevity in our pool of temporary employees. The benefits offered to each of our employees are:

- Excellent hourly pay/rates
- Merit raises
- Performance Bonuses
- Six paid holidays per year after 1000 hours of work
- One week of paid time off after each 1000 hours of work
- 401(k) retirement plan (company matched) after 1000 hours of work
- Referral bonuses
- Free computer tutorials using current software
- Exposure to full-time job opportunities
- Scholarship Program
- Direct deposit
- Skill improvement opportunities
- Weekly pay
- Medical, dental and vision insurance plans available for all employees who qualify
- TEMP OF THE MONTH Bonus
- TEMP OF THE YEAR Bonus
- No fee, full service employment
- Employee debit card account

Benefits & Service
FAQ
Job Search Tips
Documents

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.



RESOURCE
STAFFING
GROUP

employee services

## Frequently Asked Questions

**What about salary?**

You are paid on a weekly basis at an hourly rate determined by your experience, the skills required for the job , and the prevailing market conditions. Your Recruiter will inform you of your hourly pay rate at the time of the job assignment.

**Will I pay a fee?**

No! There is no charge to you of any kind for providing you with employment. We have never charged a fee to any of our employees.

**Where will I work?**

We try to assign you to the companies in your locality or easily accessible by public transportation ... always considering your personal preference for hours and locations.

**How often will I work?**

That depends on three factors: how readily we can reach you when work is available; your flexibility; and your performance on job assignments.

**Must I accept every assignment?**

No. One of the advantages of being a temporary is the flexibility of your work schedule to suit your convenience. When you accept an assignment, however, we depend on you to fulfill your commitment. Jobs vary from one to two days, a week or two or several months.

**How far in advance are assignments confirmed?**

We will give you as much notice as the clients give us, usually a day or more. Occasionally, clients may call us the same day that they need help, so we may ask you to go to work on short notice at such times.

**Who pays for parking?**

Parking costs are your expense unless we inform you otherwise.

**Do we have jobs in other states?**

We now have branches in five states (Oregon, Washington, Idaho, California, and Arizona); if you are moving to one of these states that we currently have a branch, please let your Recruiter know as your personnel file can be transferred.

**What if I do not have a timecard?**

Call your Recruiter and a timecard will be mailed or faxed to you.

**Benefits & Service**
**FAQ**
**Job Search Tips**
**Documents**

**What if I am offered a full-time job by the client while on assignment for RSG?**

Please contact your Recruiter immediately. Our standard policy states that you must first complete 80 working days on our payroll. This policy may be modified in contracts with certain clients.

**Thank you for joining the RSG family.**

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

JUL-05-2007(THU) 10:33 Case 3:07-cv-03848-CRB LEGAL INC Document 1-4 Filed 07/26/2007 Page 56 of 58 048/060

documents Page 1 of 1

RESOURCE
STAFFING
GROUP

employee services

## Documents

Download your timecard.

Resource Staffing Time Card

You need Adobe Acrobat Reader to open the time card. Click on the "Get Acrobat Reader" icon if you do not have it installed on your computer.

Benefits & Service
FAQ
Job Search Tips
Documents

Copyright 1998-2007, Northwest Staffing Resources. All rights reserved.

http://www.resourcestaff.com/EmployeeServices/documents.htm 3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM


Presentation Package

# CLIENT BENEFIT

## QUALITY CONTROL AND EMPLOYEE EVALUATION

*Resource Staffing Group* is dedicated to providing only the highest quality temporary staff available. With that in mind, our staff maintains ongoing communication with our clients regarding the performance of any temporary employee placed. On each new assignment, our assigned staffing coordinator will call to confirm that the new employee arrived safely and is on the job. We monitor the ongoing performance of the employee through a series of QC contacts scheduled at your convenience, generally after the first day, first week, and first month of assignment.

## TRAINING TIME

If we do not have an employee with the skills you require, Resource Staffing Group will pay for training time. The exact amount of paid training time, will be determined by the length and complexity of the assignment.

## GUARANTEE

We recognize that it is not always possible to determine an employee's performance within the first four hours. Therefore, we guarantee our employees for a full eight hours. If for any reason, an employee's performance is not satisfactory, we will send a replacement on the second day, in addition to not billing you for the first day.

## TEMP-TO-HIRE PROGRAM

From time to time, a client may wish to hire one of our temporary employees on a permanent basis. You may hire a Resource Staffing Group employee at no additional charge to you after the employee completes 80 working days on our payroll with your company. If you wish to hire an RSG employee at any time during the first 80 working days, you agree to pay RSG 28 percent of the total remaining billing, otherwise due through the agreed-upon 80 working days. You agree not to transfer the RSG employee to the payroll of any other company nor allow this person to work for you through any other staffing or contracting organization for 120 days after completion of this assignment through us without specific written authorization from RSG management.

Ex. 3