David Miller, SBN: 104139
MILLER & ANGSTADT
A Professional Corporation
1910 Olympic Boulevard, Suite 220
Walnut Creek, CA 94596
Telephone: 925-930-9255
Facsimile: 925-930-7595

Attorneys for Defendants
NORTHWEST STAFFING RESOURCES, INC.,
an Oregon corporation; RESOURCE
STAFFING GROUP, INC., an Oregon
corporation DULCICH STAFFING, LLC, an
Oregon limited liability corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, Inc., a California corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation; and DOES 1 TO 25 inclusive,<br><br>　　　　　　　　　　Defendants.<br>_____ / | CASE NO. C07-03848 JCS<br><br>CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT 28 U.S.C. § 1332 and 1441(b); Diversity of Citizenship Jurisdiction; Removal Jurisdiction; and/or Federal Question |

I, Melissa DeVay certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1910 Olympic Blvd., Suite 220, which is located in the city, and state where the mailing described below took place.

On July 26, 2007, I deposited in the United States Mail with postage thereon fully prepaid at Walnut Creek, California, a copy of the foregoing document(s) described as:

///

1  NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING NOTICE OF
2  REMOVAL OF ACTION TO FEDERAL COURT 28 U.S.C. § 1332 and 1441(b); Diversity
3  of Citizenship Jurisdiction; Removal Jurisdiction; and/or Federal Question.
4      Dated July 26, 2007, a copy of which is attached to this certificate.
5      addressed to the parties as follows:
6  Robert Yonowitz, Esq.
   Stacey A. Zartler, Esq.
7  Fisher and Phillips, LLP
   One Embarcadero Center, Suite 2340
8  San Francisco, California 94111-3712
9      I declare under penalty of perjury that the foregoing is true and correct.
10      Executed on July 26, 2007 at Walnut Creek, California

                                            */s/ Melissa DeVay*
                                            Melissa DeVay

**PROOF OF SERVICE [C.C.P. Sections 1005, 1013a(3), 2015.5]**

I am a citizen of the United States. My business address is 1910 Olympic Blvd., Suite 220, Walnut Creek, California 94596. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT 28 U.S.C. § 1332 and 1441(b); Diversity of Citizenship Jurisdiction; Removal Jurisdiction; and/or Federal Question**

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Robert Yonowitz, Esq.
Stacey A. Zartler, Esq.
Fisher and Phillips, LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111-3712

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Walnut Creek, California.

[ ]   (BY FACSIMILE) I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) as listed above.

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with the delivery fees provided for, addressed to the person(s) on whom it is to be served as shown above.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2007 at Walnut Creek, California

Melissa DeVay