nsr family     Page 1 of 1

## about us

### The Northwest Staffing Resources Family of Companies

Northwest Staffing Resources has several offices located within the Portland area, two in the Seattle area, one in Boise, Idaho, and two under our brand Resource Staffing Group in Sacramento, California. NSR strives to offer a full-service approach to staffing our specialty division, Legal Northwest. Legal Northwest, located in Portland, provides targeted staffing services to legal clients in the temporary, contract and permanent placement areas. Our growth plan is intended to position NSR as the leader of broad-based full service staffing for companies in the west.



Philosophy
History
NSR Family of Com
Locations

Oregon  Washington  California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.

http://www.nwstaffing.com/AboutUs/nsrfamily.htm    3/1/2007

10937835.tif - 7/5/2007 10:34:10 AM

locations                                                                 Page 1 of 2



### about us

### Locations

"The NSR Family of Companies" - Northwest Staffing Resources, Resource Staffing Group and Legal Northwest are represented by branch operations throughout Oregon, Washington, Idaho and California. With offices in these Western states, we are strategically positioned to assist local, regional and national client companies in their search for quality personnel.

**NORTHWEST STAFFING RESOURCES / NORTHWEST DIRECT**

**Corporate Headquarters**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 323-9190 Fax (503) 323-7379 email: corporate@nwstaffing.com



Philosophy
History
NSR Family of Com
Locations

**Oregon**
**Beaverton**
10029 SW Nimbus, Suite 230, Beaverton, OR 97008
(503) 643-7574 Fax (503) 643-5974 email: beaverton@nwstaffing.com
**Clackamas**
10001 SE Sunnyside Rd. Suite 230, Clackamas, OR 97015
(503) 652-1222 Fax (503) 652-5849 email: clackamas@nwstaffing.com
**Lloyd Center**
830 NE Holladay, Suite 145, Portland, OR 97232
(503) 239-6090 Fax (503) 239-6585 email: lloydcenter@nwstaffing.com
**Downtown Portland**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 242-0611 Fax (503) 323-9137 email: portland@nwstaffing.com

**Washington**
**Bellevue**
50 116th Ave. Southeast, Suite 111, Bellevue, WA 98004
(425) 463-2310 Fax (425) 646-5113 email: bellevue@nwstaffing.com
**Kent**
18000 72nd Ave. South, Suite 192, Kent, WA 98032
(425) 251-6651 Fax (425) 251-6839 email: bellevue@nwstaffing.com
**Vancouver**
315 W Mill Plain Blvd., Suite 100, Vancouver, WA 98660
(360) 695-4900 Fax (360) 695-4901 email: vancouver@nwstaffing.com

**Idaho**
**Boise**
8620 W. Emerald, Suite 100, Boise ID 83704
(208) 321-2700 Fax (208) 321-2840 email: boise@nwstaffing.com

**LEGAL NORTHWEST**
333 SW 5th Ave., Suite 250, Portland, OR 97204
(503) 242-2514 Fax (503) 274-7895 email: info@legalnw.com

locations

**RESOURCE STAFFING GROUP**
Sacramento
3604 Fair Oaks Blvd., Suite 160, Sacramento, CA 95864
(916) 679-0430 Fax (916) 679-0442 email: work@resourcestaff.com

Roseville
1508 Eureka Road, Suite 240 Roseville, CA 95661
Phone 916-960-2668  Fax 916-960-2669 email: jobs@resourcestaff.com

Oregon    Washington    California

Copyright 1998-2005, Northwest Staffing Resources. All rights reserved.