JUN-18-2004 15:51
06-14-04 15:33 From-

FORM NLRB-502

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**PETITION**

DO NOT WRITE IN THIS SPACE
Case No. 32-RC-5268
Date Filed 06-14-04

INSTRUCTIONS: Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petition alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. **PURPOSE OF THIS PETITION** (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

[X] **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.

[ ] **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.

[ ] **RD-DECERTIFICATION** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.

[ ] **UD-WITHDRAWAL OF UNION SHOP AUTHORITY** - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.

[ ] **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees. (Check one) [ ] In unit not previously certified. [ ] In unit previously certified in Case No.

[ ] **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____. Attach statement describing the specific amendment sought.

2. Name of Employer: U-Haul of California and Resource Staffing Group
   Employer Representative to contact: David Gomez for U-Haul
   Telephone Number: (510) 651 5233 / (510) 656 0935 fax

3. Address(es) of Establishment(s) involved (Street and number, city, state, ZIP code): 44511 Grimmer Blvd., Fremont CA 94538 / U Haul and 3604 Fair Oaks Blvd, Suite 160, Sacramento CA 95864 for Resource Group. Phone is 916 679 0430 Fax 916 679 0442 Contact is Rod Crowell

4a. Type of Establishment (Factory, mine, wholesaler, etc.): rental
4b. Identify principal product or service: rental

5. Unit involved (In UC petition, describe present bargaining unit and attach description of proposed clarification.)
   Included: All full time and regular part time maintenance employees including detailers, parts employees and transfer drivers employed at Grimmer location
   Excluded: All other current employees, guards and supervisors.

6a. No. of Employees in Unit:
    Present: 40 plus underpaid workers
    Proposed (By UC/AC):

6b. Is this petition supported by 30% or more of the employees in the unit? (Not applicable in RM, UC and AC)
(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable)

7a. [ ] Request for recognition as Bargaining Representative is being made by this petition
7b. [ ] Petitioner is currently recognized as Bargaining Representative and desires certification under the Act

8. Name of recognized or Certified Bargaining Agent (If none, so state): None
   Affiliation:
   Address and Telephone Number:
   Date of Recognition or Certification:

9. Expiration Date of Current Contract, if any (Month, Day, Year):
10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year)
11a. Is there now a strike or picketing at the Employer's establishment(s) involved?
11b. If so, approximately how many employees are participating?
11c. The Employer has been picketed by or on behalf of (Insert Name) _____. Since (Month, Day, Year) _____.

12. Organizations or individuals other than Petitioner (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state)

| Name | Affiliation | Address | Date of Claim (Required only if Petition is filed by Employer) |
|---|---|---|---|
| N/A | | | |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

Machinists District Lodge 190, Automotive Machinists Local Lodge 1546
Name of Petitioner and Affiliation, if any

By _____
Signature of Representative or person filing petition  David A. Rosenfeld
Address  180 Grand Avenue, Suite 1400, Oakland, CA 94612

Title: Attorney
Telephone: (510) 839-6600
Fax No. (510) 891-0400

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

1/347155

COPY SENT NLRB
Date 06-14-04  By _____

TOTAL P.01

NLRB-502

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

FIRST AMENDED **PETITION**

DO NOT WRITE IN THIS SPACE
Case No. 32-RC-5?? 
Date Filed

INSTRUCTIONS: Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petition alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. PURPOSE OF THIS PETITION (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

[X] **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.

[ ] **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.

[ ] **RD-DECERTIFICATION** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.

[ ] **UD-WITHDRAWAL OF UNION SHOP AUTHORITY** - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.

[ ] **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees: (Check one) [ ] In unit not previously certified. [ ] In unit previously certified in Case No.

[ ] **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____ Attach statement describing the specific amendment sought.

2. Name of Employer: U-Haul of California
   Employer Representative to contact: David Gomez for U-Haul
   Telephone Number: (510) 651 5233 / (510) 656 0935 fax

3. Address(es) of Establishment(s) involved (Street and number, city, state, ZIP code)
   44511 Grimmer Blvd., Fremont CA 94538 / U Haul and 3604 Fair Oaks Blvd, Suite 160, Sacramento CA

4a. Type of Establishment (Factory, mine, wholesaler, etc.): rental
4b. Identify principal product or service: rental

5. Unit Involved (In UC petition, describe present bargaining unit and attach description of proposed clarification.)
   Included: All full time and regular part time maintenance employees including detailers, parts employees and transfer drivers employed at Grimmer location
   Excluded: All other current employees, guards and supervisors.

6a. No. of Employees in Unit:
    Present: 40 plus underpaid workers
    Proposed (By UC/AC):

6b. Is this petition supported by 30% or more of the employees in the unit? (Not applicable in RM, UC and AC)
(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable)

7a. [ ] Request for recognition as Bargaining Representative is being made by this petition
7b. [ ] Petitioner is currently recognized as Bargaining Representative and desires certification under the Act

8. Name of recognized or Certified Bargaining Agent (if none, so state): None
   Affiliation:
   Address and Telephone Number:
   Date of Recognition or Certification:

9. Expiration Date of Current Contract, if any (Month, Day, Year):
10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year):

11a. Is there now a strike or picketing at the Employer's establishment(s) involved?
11b. If so, approximately how many employees are participating?
11c. The Employer has been picketed by or on behalf of (insert Name) ___. Since (Month, Day, Year) ___

12. Organizations or individuals other than Petitioner (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state)

| Name | Affiliation | Address | Date of Claim (Required only if Petition is filed by Employer) |
|---|---|---|---|
| N/A | | | |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

Machinists District Lodge 190, Automotive Machinists Local Lodge 1546
Name of Petitioner and Affiliation, if any

By _____ (signature) _____
Signature of Representative or person filing petition  David A. Rosenfeld
Address  180 Grand Avenue, Suite 1400, Oakland, CA 94612

Title  Attorney
Telephone  (510) 839-6600
Fax No.  (510) 891-0400

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

1/347155