1  David Miller, SBN: 104139
   MILLER & ANGSTADT
2  A Professional Corporation
   1910 Olympic Boulevard, Suite 220
3  Walnut Creek, CA 94596
   Telephone: 925-930-9255
4  Facsimile: 925-930-7595

5  Attorneys for Defendants
   NORTHWEST STAFFING RESOURCES, INC.,
6  an Oregon corporation; RESOURCE
   STAFFING GROUP, INC., an Oregon
7  corporation DULCICH STAFFING, LLC, an
   Oregon limited liability corporation
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 | U-HAUL COMPANY OF CALIFORNIA,           | Case No.: C07-3848-JCS
12 | Inc., a California corporation,          |
   |                                          |
13 |         Plaintiffs,                      | PROPOSED ORDER OF DEFENDANT
   |                                          | OF DULCICH STAFFING, LLC ON -
14 | v.                                       | MOTION TO DISMISS FOR FAILURE
   |                                          | TO STATE A CLAIM FOR WHICH
15 | NORTHWEST STAFFING RESOURCES,            | RELIEF CAN BE GRANTED [FRCP
16 | INC., an Oregon corporation; RESOURCE    | 12(b)(6)] OR IN THE ALTERNATIVE
   | STAFFING GROUP, INC., an Oregon          | FOR A MORE DEFINITE
17 | corporation; DULCICH STAFFING, LLC,      | STATEMENT AND TO STRIKE [FRCP
   | an Oregon limited liability corporation; a| 12(e)(f)]
18 | FISHER & PHILLIPS LLP                    |
   |         Defendants.                      | Date:  September 14, 2007
19 |                                          | Time:  9:30
   |                                          | Dept:  Ctrm. A

20

21

22  The above-captioned matter came on for hearing on September 14, 2007 at 8:00 a.m., before the

23  Honorable Joseph C. Spero, United States Magistrate. Plaintiff U-HAUL COMPANY OF

24  CALIFORNIA was represented by _____, of the law firm FISHER & PHILLIPS LLP

25  and Defendant DULCICH STAFFING, LLC was represented by David Miller, of Miller &

26

27                                              Defendants Dulcich Staffing LLC's Proposed Order

28

1  Angstadt Professional Corporation.
2      The Court having duly considered the motion, the pleadings on file herein, including
3  Plaintiff's Complaint and all attachments thereto and all papers filed in support, and having
4  considered Plaintiff's's Opposition, the arguments of counsel and all papers on file in this matter
5  makes the following:

**ORDER**

9  (A)    Defendant DULCICH STAFFING'S Motion to Dismiss pursuant to FRCP 12(b)(6) is
10  hereby granted in its entirety.
11  (B)    Defendant DULCICH STAFFING's Motion to Dismiss pursuant to FRCP 12(b)(6) is
12  hereby granted in the following respects:

14  (C)    To the extent that the Motion is not granted, Plaintiff is required to prepare and serve no
15  later than _____, a more definite statement of the alleged basis of Defendant Dulcich
16  Staffing's claimed liability to facilitate the preparation of an appropriate responsive pleading. . If
17  such a more definite statement is not filed and served within the time allotted by this Order, all
18  claims against Defendant DULCICH STAFFING LLC shall be deemed stricken and therefor
19  dismissed and Judgement shall issue against Plaintiff and in favor of DULCICH STAFFING
20  thereon. In that event, DULCICH STAFFING shall be awarded its attorneys fees and costs in
21  bringing this motion and/or pursuant to FRCP Rule 11.

23  DATED: _____, 2007    MAGISTRATE, UNITED STATES DISTRICT
                                                   COURT FOR THE NORTHERN DISTRICT OF
24                                                     CALIFORNIA

## PROOF OF SERVICE [FRCP 5(b)(d)]

I am a citizen of the United States. My business address is 1910 Olympic Blvd., Suite 220, Walnut Creek, California 94596. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION OF DULCICH STAFFING, LLC TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED FRCP 12(b)(6)**

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Robert Yonowitz, Esq.
Stacey A. Zartler, Esq.
Fisher and Phillips, LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111-3712

[X] **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Walnut Creek, California.

[ ] **(BY FACSIMILE)** I transmitted a true and correct copy by facsimile to the number indicated above.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) as listed above.

[ ] **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with the delivery fees provided for, addressed to the person(s) on whom it is to be served as shown above.

[X] **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 31, 2007 at Walnut Creek, California

*Melissa DeVay*
Melissa DeVay

Defendants Dulcich Staffing LLC's Proposed Order