1  Stacey A. Zartler (SB #160859)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
3  Telephone: (415) 490-9000
   Facsimile: (425) 490-9001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, | No. C 07-03848 JCS |
| Plaintiff(s), | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND |
| NORTHWEST STAFFING RESOURCES INC., ET AL., | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 8, 2007

Signature: Stacey A. Zartler

Counsel for Plaintiff
(Name or party or indicate "pro se")

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| David Miller, Esq.<br>Miller & Angstadt<br>1910 Olympic Blvd., Suite 220<br>Walnut Creek, CA 94596<br><br>Telephone: (925) 930-9255<br>Facsimile: (925) 930-7595 | Defendants' Attorneys |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2007, at San Francisco, California.

*Judy Keenan*