| | |
|---|---|
| 1 | ROBERT YONOWITZ (BAR NO. 132081) |
|   | STACEY A. ZARTLER (BAR NO. 160859) |
| 2 | **FISHER & PHILLIPS LLP** |
|   | One Embarcadero Center, Suite 2340 |
| 3 | San Francisco, CA 94111-3712 |
|   | Telephone: (415) 490-9000 |
| 4 | Facsimile: (415) 490-9001 |
|   | ryonowitz@laborlawyers.com |
| 5 | szartler@laborlawyers.com |
| 6 | JAMES R. EVANS, JR. (BAR NO. 119712) |
|   | MELISSA MAC PHERSON (BAR NO. 233884) |
| 7 | **FULBRIGHT & JAWORSKI L.L.P.** |
|   | 555 South Flower Street |
| 8 | Forty-First Floor |
|   | Los Angeles, CA 90071 |
| 9 | Telephone: (213) 892-9200 |
|   | Facsimile: (213) 892-9494 |
| 10 | jevans@fulbright.com |
|   | mmacpherson@fulbright.com |
| 11 | |
| 12 | Attorneys for Plaintiff |
|   | U-HAUL COMPANY OF CALIFORNIA, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, INC., a California corporation, | Civil Action No. C07-03848 JCS |
| Plaintiff, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation, and DOES 1 through 25, inclusive, | |
| Defendant. | |

DOCUMENT PREPARED
ON RECYCLED PAPER

1     NOTICE IS HEREBY GIVEN that James R. Evans, Jr. (State Bar Number 119712) of the law firm of Fulbright & Jaworski L.L.P., has become associated in the above-captioned matter with Robert Yonowitz (State Bar Number 132081) and Stacey A. Zartler (State Bar Number 160859) of the law firm of Fischer & Phillips LLP, as attorneys for Plaintiff U-Haul Company of California, Inc.

    Mr. Evans' address and telephone number are 555 South Flower Street, 41st Floor, Los Angeles, California 90071, telephone: (213) 892-9200; facsmiile: (213) 892-9494.

    All pleadings and court papers should be served on Fulbright & Jaworski L.L.P. and Fischer & Phillips LLP.

Dated: August 21, 2007

ROBERT YONOWITZ
STACEY A. ZARTLER
**FISHER & PHILLIPS LLP**

By _/s/ Stacey A. Zartler_
Stacey A. Zartler

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| David Miller, Esq.<br>Miller & Angstadt<br>1910 Olympic Blvd., Suite 220<br>Walnut Creek, CA 94596<br>Telephone: (925) 930-9255<br>Facsimile: (925) 930-7595 | Defendants' Attorneys |
| James R. Evans, Jr.<br>Melissa MacPherson<br>Fulbright & Jaworski L.L.P.<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 | Plaintiff's Co-Counsel |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2007, at San Francisco, California.

_____
Judy Keenan

CERTIFICATE OF SERVICE
SanFrancisco 102419.1