**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   U-HAUL COMPANY OF CALIFORNIA,                    No. C 07-03848 CRB
12              Plaintiff,                            **Clerk's Notice**
13      v.
14   NORTHWEST STAFFING RESOURCES INC.,
15              Defendant.
                                                 /
16
17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18   Friday, November 2, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
     management scheduling order shall remain the same.
19
20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
21   San Francisco, CA  94102.
22
     Dated:   August 22, 2007                        FOR THE COURT,
23
                                                     Richard W. Wieking, Clerk
24                                                   By:_____
25                                                      Barbara Espinoza
                                                        Courtroom Deputy
26
27
28