1  ROBERT YONOWITZ (BAR NO. 132081)
   STACEY A. ZARTLER (BAR NO. 160859)
2  **FISHER & PHILLIPS LLP**
   One Embarcadero Center, Suite 2340
3  San Francisco, CA 94111-3712
   Telephone: (415) 490-9000
4  Facsimile:  (415) 490-9001
   ryonowitz@laborlawyers.com
5  szartler@laborlawyers.com

6  JAMES R. EVANS, JR. (BAR NO. 119712)
   MELISSA MAC PHERSON (BAR NO. 233884)
7  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street
8  Forty-First Floor
   Los Angeles, CA 90071
9  Telephone: (213) 892-9200
   Facsimile:  (213) 892-9494
10 jevans@fulbright.com
   mmacpherson@fulbright.com
11
   Attorneys for Plaintiff
12 U-HAUL CO. OF CALIFORNIA, INC.

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 U-HAUL COMPANY OF CALIFORNIA, )   Civil Action No. C07-03848 CRB
17 INC., a California corporation,     )
                                       )
18              Plaintiff,              )
                                       )   **DECLARATION OF**
19       v.                             )   **MELISSA S. MAC PHERSON**
                                       )   **IN SUPPORT OF U-HAUL CO.**
20 NORTHWEST STAFFING                   )   **OF CALIFORNIA INC.'S**
   RESOURCES, INC., an Oregon           )   **MOTION TO TRANSFER TO**
21 corporation; RESOURCE STAFFING       )   **CENTRAL DISTRICT, OR, IN**
   GROUP, INC., an Oregon corporation;  )   **THE ALTERNATIVE, TO**
22 DULCICH STAFFING, LLC, an Oregon     )   **REMAND THIS MATTER TO**
   limited liability corporation, and DOES 1 ) **STATE COURT AND FOR**
23 through 25, inclusive,                )   **COSTS AND FEES**
                                       )
24              Defendant.              )

25

26

27

28

1    I, Melissa S. Mac Pherson, declare:

2    1.    I am an associate in the law firm of Fulbright & Jaworski L.L.P., counsel for Plaintiff U-Haul Co. of California Inc. ("UHC") in this action. I have personal knowledge of the matters set forth below and, if called to testify, I would and could testify competently thereto.

2.    On August 22, 2007, I searched the internet for defendant Resource Staffing Group Inc.'s website.

3.    On RSG's website, it identifies only two business locations, both of which are in California—Sacramento and Roseville.

4.    Based on RSG's website, it appears that RSG hires California-based employees and supplies them to businesses in the State of California.

5.    Additionally, all of the 38 current job openings listed on RSG's website are in California.

6.    My billing rate in this matter is $315.00 per hour. It is my understanding that this rate is commensurate with the prevailing rates of other attorneys with experience and expertise similar to mine. I have billed 11 hours to research and prepare UHC's Motion to Transfer and all accompanying documents. I anticipate billing an additional 2 hours to prepare the Reply in support of the Motion. The total fees amount to $4095.00. All fees and costs were necessary and reasonably incurred in defense of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day August, 2007 in Los Angeles, California.

_Melissa S. Mac Pherson_
Melissa S. Mac Pherson

## PROOF OF SERVICE

I, Maria Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 24, 2007, I served a copy of the within document(s):

**DECLARATION OF MELISSA S. MAC PHERSON IN SUPPORT OF U-HAUL CO. OF CALIFORNIA INC.'S MOTION TO TRANSFER TO CENTRAL DISTRICT, OR, IN THE ALTERNATIVE, TO REMAND THIS MATTER TO STATE COURT AND FOR COSTS AND FEES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

David Miller, Esq.          Phone: (925) 930-9255
MILLER & ANGSTADT           Fax: (925) 930-7595
1910 Olympic Boulevard, Suite 220   Email: dmiller@ma-law.com
Walnut Creek, CA 94596

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2007, at Los Angeles, California.

_____
Maria Vara

DOCUMENT PREPARED ON RECYCLED PAPER