IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, INC., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation, and DOES 1 through 25, inclusive,<br><br>                Defendant. | Civil Action No. C07-03848 CRB<br><br>**[PROPOSED] ORDER GRANTING U-HAUL CO. OF CALIFORNIA INC.'S MOTION TO TRANSFER TO CENTRAL DISTRICT AND FOR COSTS AND FEES**<br><br>[28 U.S.C. §§ 1441(a), 1446(a), 1447(c)]<br><br>Date:  September 28, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 8 |

DOCUMENT PREPARED ON RECYCLED PAPER

1   On September 28, 2007, plaintiff U-Haul Co. of California, Inc.'s ("UHC")
2   Motion to Transfer to Central District or, in the Alternative, to Remand to State
3   Court and for Costs and Fees came on for hearing before this Court.  UHC was
4   represented at the hearing by its counsel of record, Fulbright & Jaworski L.L.P.
5   Defendants were represented at the hearing by their counsel of record, Miller &
6   Angstadt.
7       Having considered all papers and evidence submitted in support of, and in
8   opposition to such Motion, and having considered all relevant authorities, and
9   having heard oral argument from counsel, the Court hereby:
10      ORDERS THAT UHC's motion to transfer to the Central District, Southern
11  Division is GRANTED; and
12      FURTHER ORDERS THAT UHC's motion for costs and fees is
13  GRANTED in the amount of $_____ for fees and costs reasonably
14  incurred as a result of Defendants' improper removal.
15      IT IS SO ORDERED.

17  DATED:

    _____          _____
18                                          Honorable Charles R. Breyer
                                            United States District Court,
19                                          Northern District

21  SUBMITTED BY:

22  MELISSA S. Mac PHERSON

    *[signature: Melissa S. Mac Pherson]*
24  _____
        Melissa S. Mac Pherson
25      Attorney for Plaintiff

# PROOF OF SERVICE

I, Maria Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 24, 2007, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING U-HAUL CO. OF CALIFORNIA INC.'S MOTION TO TRANSFER TO CENTRAL DISTRICT AND FOR COSTS AND FEES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

David Miller, Esq.  
MILLER & ANGSTADT  
1910 Olympic Boulevard, Suite 220  
Walnut Creek, CA 94596  

Phone: (925) 930-9255  
Fax: (925) 930-7595  
Email: dmiller@ma-law.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2007, at Los Angeles, California.

_____  
Maria Vara