ROBERT YONOWITZ (BAR NO. 132081)
STACEY A. ZARTLER (BAR NO. 160859)
**FISHER & PHILLIPS LLP**
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
ryonowitz@laborlawyers.com
szartler@laborlawyers.com

JAMES R. EVANS, JR. (BAR NO. 119712)
MELISSA MAC PHERSON (BAR NO. 233884)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jevans@fulbright.com
mmacpherson@fulbright.com

Attorneys for Plaintiff
U-HAUL CO. OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation, and DOES 1 through 25, inclusive,<br><br>  Defendant. | Civil Action No. C07-03848 CRB<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

DOCUMENT PREPARED ON RECYCLED PAPER

1  Pursuant to Civil L.R. 3-16, the undersigned counsel for U-Haul Co. of
2  California, Inc. ("UHC") certifies that the following listed persons, associations of
3  persons, firms, partnerships, corporations (including parent corporations) or other
4  entities (i) have a financial interest in the subject matter in controversy or in a party
5  to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
6  party that could be substantially affected by the outcome of this proceeding:
7  U-Haul International, Inc., UHC's parent corporation; and AMERCO, a
8  related corporation.

9  Dated:  August 24, 2007

ROBERT YONOWITZ
STACEY A. ZARTLER
**FISHER & PHILLIPS LLP**

JAMES R. EVANS, JR.
MELISSA S. Mac PHERSON
**FULBRIGHT & JAWORSKI L.L.P.**

By _____
    MELISSA S. Mac PHERSON
Attorneys for Plaintiff
U-HAUL COMPANY OF CALIFORNIA, INC.

# PROOF OF SERVICE

I, Maria Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 24, 2007, I served a copy of the within document(s):

**CERTIFICATE OF INTERESTED PARTIES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

David Miller, Esq.  
MILLER & ANGSTADT  
1910 Olympic Boulevard, Suite 220  
Walnut Creek, CA 94596  

Phone: (925) 930-9255  
Fax: (925) 930-7595  
Email: dmiller@ma-law.com  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2007, at Los Angeles, California.

_____  
Maria Vara