ROBERT YONOWITZ (BAR NO. 132081)
STACEY A. ZARTLER (BAR NO. 160859)
**FISHER & PHILLIPS LLP**
One Embarcadero Center, Suite 2340
San Francisco, CA  94111-3712
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001
ryonowitz@laborlawyers.com
szartler@laborlawyers.com

JAMES R. EVANS, JR. (BAR NO. 119712)
MELISSA S. Mac PHERSON (BAR NO. 233884)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
jevans@fulbright.com
mmacpherson@fulbright.com

Attorneys for Plaintiff
U-HAUL CO. OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, INC., a California corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation, and DOES 1 through 25, inclusive,<br><br>            Defendant. | Civil Action No.  C07-03848 CRB<br><br>**NOTICE OF CHANGE OF HEARING DATE ON U-HAUL CO. OF CALIFORNIA INC.'S MOTION TO TRANSFER TO CENTRAL DISTRICT, OR, IN THE ALTERNATIVE, TO REMAND THIS MATTER TO STATE COURT AND FOR COSTS AND FEES**<br><br>[28 U.S.C. §§ 1441(a), 1446(a), 1447(c)]<br><br>New Date:  October 5, 2007<br>Old Date:   September 28, 2007<br>Time:         10:00 a.m.<br>Place:         Courtroom 8 |

1   **PLEASE TAKE NOTICE** that the hearing previously noticed by plaintiff U-Haul Co. of California, Inc. ("UHC") for September 28, 2007, at 10:00 a.m., will now be heard on October 5, 2007, at 10:00 a.m. in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

In support of its Motion UHC relies upon the previous pleadings filed, including the Notice, Memorandum of Points and Authorities, and supporting declarations. The motion is also based on all pleadings and papers on file herein, and on such other further evidence and oral argument as may be presented at the hearing on this matter.

Dated:  August 27, 2007

ROBERT YONOWITZ
STACEY A. ZARTLER
**FISHER & PHILLIPS LLP**

JAMES R. EVANS, JR.
MELISSA S. Mac PHERSON
**FULBRIGHT & JAWORSKI L.L.P.**


By _____
    MELISSA S. Mac PHERSON
Attorneys for Plaintiff
U-HAUL COMPANY OF CALIFORNIA, INC.

# PROOF OF SERVICE

I, Maria C. Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 27, 2007, I served a copy of the within document(s):

**NOTICE OF CHANGE OF HEARING DATE ON U-HAUL CO. OF CALIFORNIA INC.'S MOTION TO TRANSFER TO CENTRAL DISTRICT, OR, IN THE ALTERNATIVE, TO REMAND THIS MATTER TO STATE COURT AND FOR COSTS AND FEES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

David Miller, Esq.　　　　　　　　Phone: (925) 930-9255
MILLER & ANGSTADT　　　　　　Fax: (925) 930-7595
1910 Olympic Boulevard, Suite 220　Email: dmiller@ma-law.com
Walnut Creek, CA 94596

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2007, at Los Angeles, California.

_____
Maria C. Vara