**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U-HAUL COMPANY,                                                   No. C 07-3848  CRB

       Plaintiff,                                                              **Clerk's Notice**

  v.

NORTHWEST STAFFING RESOURCES,

       Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the motion (s) currently on calendar for 10:00 a.m. on October 5, 2007 to **2:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: September 5, 2007                                    FOR THE COURT,

                                                                      Richard W. Wieking, Clerk

                                                                      By:_____
                                                                          Barbara Espinoza
                                                                         Courtroom Deputy