Exhibit B

LAW OFFICES OF
# MILLER & ANGSTADT
PROFESSIONAL CORPORATION

1910 OLYMPIC BOULEVARD
SUITE 220
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 930-9255
FACSIMILE: (925) 930-7595
Internet Address: www.ma-law.com

OAKLAND OFFICE:

915 FINANCIAL CENTER BUILDING
405 FOURTEENTH STREET
OAKLAND, CALIFORNIA 94612
(510) 893-0990

DAVID MILLER

ERIC P. ANGSTADT

September 6, 2007

**VIA FACSIMILE AND U.S. MAIL**    Fax: (213) 892-9494

James R. Evans, Jr. Esq.
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071

RE:  U-Haul Company of California v. Northwest Staffing Resources, Inc.,
     et. al U.S. Dist. Ct. ND, CA, No. C07-03848 CRB

Dear Mr. Evans:

This letter will address your client's pending motion to transfer/remand this matter, and confirm my client's position first discussed with you and later with Ms. Moretti, your assistant. It will further explain my client's position on the motion, which I first discussed with you and also with Ms. Moretti.

On or about August 24, 2007, I received notice of your client's motion to transfer/remand (hereafter "the motion"), but because of the press of other business did not review it until a few days later. Receipt of the motion papers was the first contact I had with your office, other than receiving the notice of your association. Upon review of the moving papers, I realized for the first time that this matter should have been removed to the U.S. District Court for the Central District of California, notwithstanding the fact that this entire underlying dispute arose in and was confined to the Northern District. I had removed the case to the Northern District based on my assumption that because all of the operative facts of this lawsuit known to me indicated that the case arose in the Northern District, it should be adjudicated there. I continue to believe that removal was proper based on what your client stated in its state court complaint, as well as other information which I was able to obtain. Nevertheless, I felt that the benefit to be gained by fighting to keep the case in the Northen District, if possible, was outweighed by other considerations.

Consequently, on either August 30th or 31st, I called Melissa McPherson, the attorney in your office who had signed the motion, to see if we could agree to a Stipulation that would obviate further proceedings in the Northern District. To be clear – my objective in calling Ms. McPherson was to see if this motion could be resolved without litigation, hopefully with a

James R. Evans, Jr. Esq.
FULBRIGHT & JAWORSKI L.L.P.
September 6, 2007
Page: 2

stipulation to transfer this matter to the Central District, as the motion asked.

I received a voice-mail from you on Tuesday, September 4th, advising me that Ms. McPherson was no longer with the Fulbright firm and that you are the Fulbright partner handling this matter. I called you and we discussed the situation raised by the motion, and we agreed that we would each approach our respective clients to obtain authorization for a stipulation which would make this motion unnecessary, more particularly either for a remand (as I sought) or perhaps a transfer (which you sought), with the understanding that Plaintiff would waive its request for attorneys fees.

Unfortunately, the person from whom I could obtain client authorization to enter into such a stipulation is located in Portland, Oregon and after some effort I learned that he was out of town and unavailable until the morning of September 5, 2007. I was able to discuss the proposed stipulation with him in the morning of that day and obtained the necessary authorization to enter into the suggested stipulation. I called you to discuss the stipulation a number of times on September 5th, and learned from Ms. Moretti that you were out of town. I advised her that my client had authorized me to enter into a stipulation of the type we had discussed and the only question remaining was whether your client would waive its demand for attorneys fees, which in all candor was for preparing a motion that was in the first instance unnecessary. Ms. Moretti agreed to contact you and advise you of my client's position, and I am confident she did, because she advised me later in the day that you had not yet obtained Plaintiff's approval for a waiver of the fees.

I realize and respect that you are a litigator and I assume that these matters sometimes take on a life of their own, in that an associate attorney does as they are properly directed and suspect that Ms. McPherson was not instructed to first call me and see if the motion was even necessary. Inasmuch as the removal was effected at the end of July and the motion was not filed until about three weeks later, there was ample time for either you or Ms. McPherson to call and resolve the subject matter of the motion without filing it.

To summarize, I believe your client's motion was precipitous and unnecessary, in that it might have obtained at least some if not all of the relief it sought with a telephone call. The attorneys fees you now seek on your client's behalf need not have been incurred if you or Ms. McPherson had called before even drafting it.

As of this writing, I have not heard from you, and the press of time requires that I file my client's opposition. Please advise me if your client decides to waive its demand for fees, and I am sure that we can negotiate either a transfer or remand. The Court need not be troubled with this motion.

James R. Evans, Jr. Esq.
FULBRIGHT & JAWORSKI L.L.P.
September 6, 2007
Page: 3

    Thank for your and Ms. Moretti's courtesy.

Very truly yours,

MILLER & ANGSTADT, P.C.

*David Miller* (signature)

David Miller

DM:md
Copy: client

Exhibit C

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

# PETITION

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. | Date Filed |
| 32-RC-5268 | 06-14-04 |

**INSTRUCTIONS:** Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petition alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. **PURPOSE OF THIS PETITION** (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

| X | **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. |
|---|---|
| | **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner. |
| | **RD-DECERTIFICATION** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative. |
| | **UD-WITHDRAWAL OF UNION SHOP AUTHORITY** - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded. |
| | **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees. (Check one) [ ] In unit not previously certified. [ ] In unit previously certified in Case No. |
| | **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____ Attach statement describing the specific amendment sought |

| 2. Name of Employer | Employer Representative to contact | Telephone Number |
|---|---|---|
| U-Haul of California and Resource Staffing Group | David Gomez for U-Haul | (510) 651 5233 (510) 656 0935 fax |

3. Address(es) of Establishment(s) Involved (Street and number, city, state, ZIP code)
44511 Grimmer Blvd., Fremont CA 94538/ U Haul and 3604 Fair Oaks Blvd, Suite 160, Sacramento CA 95864 for Resource Group. Phone is 916 679 0430 Fax 916 679 0442 Contact is Rod Crowell

| 4a. Type of Establishment (Factory, mine, wholesaler, etc.) | 4b. Identify principal product or service |
|---|---|
| rental | rental |

| 5. Unit Involved (In UC petition, describe present bargaining unit and attach description of proposed clarification.) | 6a. No. of Employees in Unit: |
|---|---|
| Included: All full time and regular part time maintenance employees including detailers, parts employees and transfer drivers employed at Grimmer location | Present: 40 plus underpaid workers |
| Excluded: All other current employees, guards and supervisors. | Proposed (By UC/AC) |

6b. Is this petition supported by 30% or more of the employees in the unit? (Not applicable in RM, UC and AC)
(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable)

7a. [ ] Request for recognition as Bargaining Representative is being made by this petition.
7b. [ ] Petitioner is currently recognized as Bargaining Representative and desires certification under the Act

| 8. Name of recognized or Certified Bargaining Agent (if none, so state) | Affiliation |
|---|---|
| None | |
| Address and Telephone Number | Date of Recognition or Certification |

| 9. Expiration Date of Current Contract, if any (Month, Day, Year) | 10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year) |
|---|---|

| 11a. Is there now a strike or picketing at the Employer's establishment(s) involved? | 11b. If so, approximately how many employees are participating? |
|---|---|

11c. The Employer has been picketed by or on behalf of (Insert Name) _____ Since (Month, Day, Year)

12. Organizations or individuals other than Petitioner (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state)

| Name | Affiliation | Address | Date of Claim (Required only if Petition is filed by Employer) |
|---|---|---|---|
| N/A | | | |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

Machinists District Lodge 190, Automotive Machinists Local Lodge 1546
Name of Petitioner and Affiliation, if any

By _____
Signature of Representative or person filing petition  David A. Rosenfeld
Address  180 Grand Avenue, Suite 1400, Oakland, CA 94612

Title  Attorney
Telephone  (510) 839-6600
Fax No.  (510) 891-0400

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

1/347155

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

FIRST AMENDED **PETITION**

DO NOT WRITE IN THIS SPACE
Case No. 32-RC-868
Date Filed

INSTRUCTIONS: Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petition alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. PURPOSE OF THIS PETITION (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

- [X] **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.
- [ ] **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.
- [ ] **RD-DECERTIFICATION** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.
- [ ] **UD-WITHDRAWAL OF UNION SHOP AUTHORITY** - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.
- [ ] **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees. (Check one) [ ] In unit not previously certified. [ ] In unit previously certified in Case No.
- [ ] **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____ Attach statement describing the specific amendment sought.

2. Name of Employer: U-Haul of California
Employer Representative to contact: David Gomez for U-Haul
Telephone Number: (510) 651 5233 / (510) 656 0935 fax

3. Address(es) of Establishment(s) Involved (Street and number, city, state, ZIP code)
44511 Grimmer Blvd., Fremont CA 94538/ U Haul and 3604 Fair Oaks Blvd, Suite 160, Sacramento CA

4a. Type of Establishment (Factory, mine, wholesaler, etc.): rental
4b. Identify principal product or service: rental

5. Unit Involved (In UC petition, describe present bargaining unit and attach description of proposed clarification.)
Included: All full time and regular part time maintenance employees including detailers, parts employees and transfer drivers employed at Grimmer location
Excluded: All other current employees, guards and supervisors.

6a. No. of Employees in Unit:
Present: 40 plus underpaid workers
Proposed (By UC/AC):

6b. Is this petition supported by 30% or more of the employees in the unit? (Not applicable in RM, UC and AC)
(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable)
7a. [ ] Request for recognition as Bargaining Representative is being made by this petition.
7b. [ ] Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

8. Name of recognized or Certified Bargaining Agent (If none, so state): None
Affiliation:
Address and Telephone Number:
Date of Recognition or Certification:

9. Expiration Date of Current Contract, If any (Month, Day, Year):
10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year):
11a. Is there now a strike or picketing at the Employer's establishment(s) involved?
11b. If so, approximately how many employees are participating?
11c. The Employer has been picketed by or on behalf of (Insert Name). Since (Month, Day, Year).

12. Organizations or individuals other than Petitioner (and other than those named in Items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in Item 5 above. (If none, so state)

| Name | Affiliation | Address | Date of Claim (Required only if Petition is filed by Employer) |
|---|---|---|---|
| N/A | | | |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

Machinists District Lodge 190, Automotive Machinists Local Lodge 1546
Name of Petitioner and Affiliation, if any

By _____
Signature of Representative or person filing petition: David A. Rosenfeld
Address: 180 Grand Avenue, Suite 1400, Oakland, CA 94612
Title: Attorney
Telephone: (510) 839-6600
Fax No. (510) 891-0400

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

1/347155

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

THIRTY-SECOND REGION

U-HAUL OF CALIFORNIA and ~~[struck through]~~

                                          Employers

MACHINISTS DISTRICT LODGE 190,
AUTOMOTIVE MACHINISTS LOCAL LODGE 1546
                                          Petitioner           Case 32-RC-5268
                                                               FIRST AMENDED

                                          Intervenor

STIPULATION

It is stipulated by the undersigned that:

1. The undersigned have been informed of the procedures at formal hearings before the Board by service of the Statement of Standard Procedures with the Notice of Hearing, and the Hearing Officer has offered to us additional copies of the Statement of Standard Procedures.

2. To the extent that the formal documents in this proceeding do not correctly reflect the names of the parties, all said documents may be considered as amended to correctly reflect the names as set forth above.

3. The Petitioner is a labor organization within the meaning of the Act. The Intervenor is a labor organization within the meaning of the Act.

4. Petitioner claims to represent the employees in the unit described in the petition herein, but the Employer declines to recognize Petitioner as the collective bargaining representative of those employees.

5. There is no collective bargaining agreement covering any of the employees in the unit sought in the petition herein, and the undersigned do not contend that there is any contract bar to this proceeding.

6. ~~The Employer~~ U-HAUL OF CALIFORNIA is engaged in commerce within the meaning of the National Labor Relations Act and is subject to the jurisdiction of the National Labor Relations Board. Commerce facts: with a facility located in Fremont, U-HAUL OF CALIFORNIA, INC, A CALIFORNIA CORPORATION is ENGAGED IN THE MAINTENCE, REPAIR, AND RENTAL OF MOVING EQUIPMENT TO THE PUBLIC. DURING THE LAST 12 MONTHS THE EMPLOYER HAD GROSS RETAIL RECEIPTS IN EXCESS OF $500,000, AND PURCHASED AND/OR RECEIVED GOODS AND/OR SOLD SERVICES VALUED IN EXCESS OF $50,000 directly from businesses located outside the state of California.

7. Upon the approval of this Stipulation by the Hearing Officer, it may be admitted, without objection, as Board Exhibit No. 3 in this proceeding.

                                          _____
                                          (for Employer)  U-HAUL

                                          _____
                                          (for Petitioner)

APPROVED:                                 _____
                                          (for Intervenor)
DATE: 7-2-04

_____
(Hearing Officer)

FORM NLRB-501

FORM EXEMPT UNDER 44 U.S.C. 3512

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**
**CHARGE AGAINST EMPLOYER**

RECEIVED NLRB REGION 32
2004 AUG -3 PM 12: 21

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 32-CA-21543-1 | 8-3-2004 |

INSTRUCTIONS
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Number of workers employed |
|---|---|
| U-Haul of California | 30 plus |

| c. Address (street, city, state, ZIP code) | d. Employer Representative | e. Telephone No. |
|---|---|---|
| See Attachment. | David Gomez | See Attachment |

| f. Type of Establishment (factory, mine, wholesaler, etc.) | g. Identify principal product or service |
|---|---|
| rental | rental |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1), (3) and (5) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Within the last six months preceding the filing of this charge, the above named employer has terminated employees on account of union and/or protected activity. The employer has refused to bargain in good faith with the Charging Party. The Union requests a bargaining order with an appropriate remedy.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Machinists Local Lodge No.1546, District Lodge 190

| 4a. Address (street and number, city, state and ZIP code) | 4b. Telephone No |
|---|---|
| 10260 MacArthur Blvd., Oakland, CA 94605 | 510-638-6705<br>510 638 1840 fax |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization.
International Association of Machinists & Aerospace Workers, AFL-CIO

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief

By /s/ _____  Title Attorneys
DAVID A. ROSENFELD
Signature of representative or person making charge

Address
WEINBERG, ROGER & ROSENFELD
180 Grand Avenue, Suite 1400, Oakland, CA 94612

Telephone No.
(510) 839-6600
510 891-0400

Date
August 3, 2003

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT
(U.S. CODE, TITLE 18, SECTION 1001) 1/1352638

COPY SENT NLRB
Date 8-3-04 By BJ

ATTACHMENT

| ADDRESS | PHONE | FAX |
|---|---|---|
| 44511 Grimmer Blvd., Fremont, CA 94538 | (510) 651-5233 | (510) 651-1652 |
| 2727 North Central Avenue, Phoenix, AZ 85004 | (602) 263-6983 | (620) 277-5017 |

## PROOF OF SERVICE [FRCP 5(b)(d)]

I am a citizen of the United States. My business address is 1910 Olympic Blvd., Suite 220, Walnut Creek, California 94596. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**DECLARATION OF DAVID MILLER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER TO CENTRAL DISTRICT, OR IN THE ALTERNATIVE TO REMAND THIS MATTER TO STATE COURT AND FOR COSTS AND FEES**

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

| | |
|---|---|
| Robert Yonowitz, Esq. | James R. Evans, Esq. |
| Stacey A. Zartler, Esq. | 555 South Flower Street |
| Fisher and Phillips, LLP | Forty First floor |
| One Embarcadero Center, Suite 2340 | Los Angeles, CA 90071 |
| San Francisco, California 94111-3712 | jevans@fulbright.com |
| ryonowitz@laborlawyers.com | |
| szartler@laborlawyers.com | |

[X]  (BY E-MAIL) I caused such documents to be electronically transmitted to James R. Evans; Stacy Zartler and Robert Yonowitz at the e-mail addresses listed above.

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Walnut Creek, California.

[ ]  (BY FACSIMILE) I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) as listed above.

[ ]  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with the delivery fees provided for, addressed to the person(s) on whom it is to be served as shown above.

[X]  (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 7, 2007 at Walnut Creek, California

*Melissa DeVay* (signature)
Melissa DeVay

Dec of David Miller in Opposition to Motion to Transfer/Remand and for Costs and Fees

6