1  David Miller, SBN: 104139
   MILLER & ANGSTADT
2  A Professional Corporation
   1910 Olympic Boulevard, Suite 220
3  Walnut Creek, CA 94596
   Telephone: 925-930-9255
4  Facsimile: 925-930-7595

5  Attorneys for Defendants
   NORTHWEST STAFFING RESOURCES, INC.,
6  an Oregon corporation; RESOURCE
   STAFFING GROUP, INC., an Oregon
7  corporation DULCICH STAFFING, LLC, an
   Oregon limited liability corporation
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, Inc., a California corporation, | CASE NO. C07-3848 CRB |
| Plaintiffs, | STIPULATION AND ORDER TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION, AND TO DEFER RULING ON REQUEST FOR COSTS AND ATTORNEYS FEES, AND TO TAKE PENDING FRCP 12(B)6 MOTION OFF CALENDAR |
| v. | |
| NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation; and DOES 1 TO 25 inclusive, | Date: October 5, 2007<br>Time: 2:30 p.m.<br>Dept: Courtroom 8, 19th Floor |
| Defendants. | |

Plaintiff U-HAUL COMPANY OF CALIFORNIA, Inc., a California corporation (hereafter "Plaintiff") and Defendants NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation, (hereafter collectively called "Defendants"), by their respective counsel stipulate to the resolution of Plaintiff's motion to transfer this matter to the United States District Court for the Central District of California or, in the alternative to remand this matter to State Court, and for costs and fees, (hereafter "the

*Stipulation to Transfer to Central District*

1

Motion") as follows:

1.  The Court shall transfer this matter to United States District Court for the Central District of California, Southern Division.

2.  The Court will take no action on Plaintiff's request for costs and attorneys fees incurred by counsel bringing the Motion, But Plaintiff reserves the right to seek those fees and costs and have the Court determine its right to them upon successful conclusion of the case.

3.  The pending motion of Defendant Dulcich Staffing to Dismiss for Failure to State a Claim for Which Relief Can Be Granted [FRCP 12(b)(6)] or in the Alternative for a More Definite Statement and to Strike [FRCP 12(e)(F)] shall be taken off-calendar and may be reset following transfer.

So Stipulated:

U-Haul Company of California, Inc.

Date: 9-12, 2007     By _____
                     James R. Evans, Jr.
                     Fulbright & Jaworski, LLP

Northwest Staffing Resources, Inc., Resources Staffing Group Inc., and Dulcich Staffing, LLC

Date: Sept. 11, 2007     By _____
                         David Miller
                         Miller & Angstadt P.C.

SO ORDERED:

Date: _____, 2007      _____
                         The Honorable Charles R. Breyer
                         United States District Court
                         Northern District of California