```
 1  David Miller, SBN: 104139
    MILLER & ANGSTADT
 2  A Professional Corporation
    1910 Olympic Boulevard, Suite 220
 3  Walnut Creek, CA 94596
    Telephone: 925-930-9255
 4  Facsimile: 925-930-7595

 5  Attorneys for Defendants
    NORTHWEST STAFFING RESOURCES, INC.,
 6  an Oregon corporation; RESOURCE
    STAFFING GROUP, INC., an Oregon
 7  corporation DULCICH STAFFING, LLC, an
    Oregon limited liability corporation
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA, Inc., a California corporation,<br><br>                                 Plaintiffs,<br><br>v.<br><br>NORTHWEST STAFFING RESOURCES, INC., an Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation; DULCICH STAFFING, LLC, an Oregon limited liability corporation; and DOES 1 TO 25 inclusive,<br><br>                                 Defendants.<br>_____/ | CASE NO. C07-3848 CRB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, commencing on September 18, 2007 and continuing through October 17, 2007, attorney David Miller will be unavailable for any purpose, including, but not limited to, receiving notices of any kind requiring time sensitive responses, responding to ex parte applications, court appearances, depositions, law and motion hearings and/or hearings of any other nature. Knowingly and willfully scheduling a conflicting appearance or requiring a time sensitive response during this period of unavailability without good cause or necessity may constitute "bad faith" and sanctionable conduct. See 28 U.S.C. § 1927. Tenderloin Housing

1                                                          Notice of Unavailability of Counsel.

1  <u>Clinic v. Sparks</u>, (1992) 8 Cal.App.4th.

2  DATED: September 20, 2007         MILLER & ANGSTADT

4                                    Respectfully submitted,

5                                    By _____
6                                        David Miller
                                         Attorney for Defendants
7                                        NORTHWEST STAFFING RESOURCES,
                                         INC., RESOURCE STAFFING GROUP,
8                                        INC., and DULCICH STAFFING, LLC

## PROOF OF SERVICE [FRCP 5(b)(d)]

I am a citizen of the United States. My business address is 1910 Olympic Blvd., Suite 220, Walnut Creek, California 94596. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Robert Yonowitz, Esq.  
Stacey A. Zartler, Esq.  
Fisher and Phillips, LLP  
One Embarcadero Center, Suite 2340  
San Francisco, California 94111-3712  
ryonowitz@laborlawyers.com  
szartler@laborlawyers.com

James R. Evans, Esq.  
Melissa MacPherson, Esq.  
555 South Flower Street  
Forty First floor  
Los Angeles, CA 90071  
jevans@fulbright.com

[X]  **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Walnut Creek, California.

[X]  **(BY E-MAIL)** I caused such documents to be electronically transmitted to James R. Evans; Stacy Zartler and Robert Yonowitz at the e-mail addresses listed above.

[ ]  **(BY FACSIMILE)** I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]  **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) as listed above.

[ ]  **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with the delivery fees provided for, addressed to the person(s) on whom it is to be served as shown above.

[X]  **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Sept. 20, 2007 at Walnut Creek, California

*Melissa DeVay*  
Melissa DeVay