1  David Miller, SBN: 104139
   MILLER & ANGSTADT
2  A Professional Corporation
   1910 Olympic Boulevard, Suite 220
3  Walnut Creek, CA 94596
   Telephone: 925-930-9255
4  Facsimile: 925-930-7595

5  Attorneys for Defendants
   NORTHWEST STAFFING RESOURCES, INC.,
6  an Oregon corporation; RESOURCE
   STAFFING GROUP, INC., an Oregon
7  corporation DULCICH STAFFING, LLC, an
   Oregon limited liability corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  U-HAUL COMPANY OF CALIFORNIA,            CASE NO. C07-3848 CRB
    Inc., a California corporation,
12                                           STIPULATION AND ORDER TO
                   Plaintiffs,               TRANSFER TO THE CENTRAL
13                                           DISTRICT OF CALIFORNIA,
    v.                                       SOUTHERN DIVISION, AND TO
14                                           DEFER RULING ON REQUEST FOR
                                             COSTS AND ATTORNEYS FEES, AND
15  NORTHWEST STAFFING RESOURCES,            TO TAKE PENDING FRCP 12(B)6
    INC., an Oregon corporation; RESOURCE    MOTION OFF CALENDAR
16  STAFFING GROUP, INC., an Oregon
    corporation; DULCICH STAFFING, LLC,
17  an Oregon limited liability corporation; and   Date: October 5, 2007
    DOES 1 TO 25 inclusive,                  Time: 2:30 p.m.
18                                           Dept: Courtroom 8, 19th Floor

19                 Defendants.
20  _____/

21      Plaintiff U-HAUL COMPANY OF CALIFORNIA, Inc., a California corporation

22  (hereafter "Plaintiff") and Defendants NORTHWEST STAFFING RESOURCES, INC., an

23  Oregon corporation; RESOURCE STAFFING GROUP, INC., an Oregon corporation;

24  DULCICH STAFFING, LLC, an Oregon limited liability corporation, (hereafter collectively

25  called "Defendants"), by their respective counsel stipulate to the resolution of Plaintiff's motion

26  to transfer this matter to the United States District Court for the Central District of California or,

27  in the alternative to remand this matter to State Court, and for costs and fees, (hereafter "the

28

                                                        *Stipulation to Transfer to Central District*
                                          1

Motion") as follows:

1.     The Court shall transfer this matter to United States District Court for the Central District of California, Southern Division.

2.     The Court will take no action on Plaintiff's request for costs and attorneys fees incurred by counsel bringing the Motion, But Plaintiff reserves the right to seek those fees and costs and have the Court determine its right to them upon successful conclusion of the case.

3.     The pending motion of Defendant Dulcich Staffing to Dismiss for Failure to State a Claim for Which Relief Can Be Granted [FRCP 12(b)(6)] or in the Alternative for a More Definite Statement and to Strike [FRCP 12(e)(F)] shall be taken off-calendar and may be reset following transfer.

So Stipulated:

U-Haul Company of California, Inc.

Date: 9-12, 2007     By _____
James R. Evans, Jr.
Fulbright & Jaworski, LLP

Northwest Staffing Resources, Inc., Resources Staffing Group Inc., and Dulcich Staffing, LLC

Date: Sept. 11, 2007     By _____
David Miller
Miller & Angstadt P.C.

SO ORDERED:

Date: 09/21, 2007     The Honorable Charles R. Breyer
United States District Court
Northern District of California

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]*

Stipulation to Transfer to Central District

2