**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 26, 2007

U.S. District Court
Central District of California, Southern Division
Office of the Clerk
411 West Fourth Street
Santa Ana, CA 92701-4516

RE: CV 07-03848 CRB  U-HAUL COMPANY OF CALIFORNIA-v-NORTHWEST STAFFING RESOURCES INC.

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☒ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      by:  Maria Loo
      Case Systems Administrator

Enclosures
Copies to counsel of record